COPY

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

D. Scott Chang
RELMAN, DANE & COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
202-728-1888

Shawna L. Parks
DISABILITY RIGHTS LEGAL CENTER
Loyola Law School Public Interest Law Center
800 S. Figueroa St., Suite 1120
Los Angeles, CA 90017
213-736-1496

ATTORNEYS FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Independent Living Center of Southern California, Fair Housing Council of San Fernando Valley, and Communities Actively Living Independent and Free  Plaintiff(s), <br> v. <br> See attachment  Defendant(s) | CASE NUMBER: <br> SACV12-0062 JST (MLG) <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                           **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

See attachment                                      See attachment


January 12, 2012                                    _/s/ D. Scott Chang_
Date                                                Sign

                                                    D. Scott Chang
                                                    Attorney of record for or party appearing in pro per

---

CV-30 (04/10)                        NOTICE OF INTERESTED PARTIES

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
# CERTIFICATION AND NOTICE OF INTERESTED PARTIES ATTACHMENT

**DEFENDANTS**

1. City of Los Angeles, California
2. Community Redevelopment Agency of the City of Los Angeles
3. 12129 El Dorado Avenue, L.P.
4. Adams 935, L.P.
5. Alexandria House Apartments, LP
6. Ardmore 959 Partners, L.P.
7. Asturias Senior Apartments, L.P.
8. B S Broadway Village II, L.P.
9. Bronson Court Apartments, L.P.
10. Cantabria Senior Apartments, L.P.
11. Carondelet Court Partners, L.P.
12. Central Village Apartments, L.P.
13. CFLT-2618 West 7th Street, LLC
14. Charles Cobb Apartments, L.P.
15. Decro Orion Apartments, L.P.
16. Decro Osborne Apartments, L.P.
17. Esperanza Community Housing Corporation
18. Eugene Hotel, L.P.
19. Fame West 25th Street, L.P.
20. Hart Village, L.P.
21. Hobart Heights Partners, L.P.
22. Hoover Seniors, L.P.
23. Imani Fe, LP
24. Morgan Place, L.P.
25. New Tierra del Sol, L.P.
26. P G Housing Partners, L.P.
27. Palm Village Senior Housing Corp.
28. Penny Lane Centers
29. Redrock NoHo Residential, LLC
30. Rittenhouse Limited Partnership
31. SF No Ho LLC
32. Vermont Seniors
33. Views at 270, L.P.
34. WA Court, L.P.
35. Watts/Athens Preservation XVII, L.P.
36. Yale Terrace Apartments, A California Limited Partnership

| Party | Connection |
|---|---|
| Independent Living Center of Southern California, | Independent Living Center of Southern California (ILCSC) is a consumer-based, nonprofit agency providing a wide range of services to a growing population of people with disabilities and seniors. ILCSC's staff members have devoted considerable time and resources to investigating the wrongful conduct on the part of the defendants alleged herein. It seeks declaratory and injunctive relief and damages against the City of Los Angeles and the Community Redevelopment Agency of the City of Los Angeles. It joins the other defendants pursuant to Rule 19, Federal Rules of Civil Procedure. |
| Fair Housing Council of San Fernando Valley, | The Fair Housing Council of San Fernando Valley is a private, non-profit, civil rights advocacy organization whose mission is to eliminate housing discrimination and expand housing choices for people with disabilities and members of other protected classes. The Council's staff members have devoted considerable time and resources to investigating the wrongful conduct on the part of the City and the CRA alleged herein. It seeks declaratory and injunctive relief and damages against the City of Los Angeles and the Community Redevelopment Agency of the City of Los Angeles. It joins the other defendants pursuant to Rule 19, Federal Rules of Civil Procedure. |
| Communities Actively Living Independent and Free | Communities Actively Living Independent and Free (CALIF) is a non-profit agency providing services and advocacy for people with disabilities. It is focused on achieving greater input, participation and control over policies and services affecting people with disabilities and on addressing discrimination against people with disabilities. CALIF's staff members have devoted considerable time and resources to investigating the wrongful conduct on the part of the defendants alleged herein. It seeks declaratory and injunctive relief and damages against the City of Los Angeles and the Community Redevelopment Agency of the City of Los Angeles. It joins the other defendants pursuant to Rule 19, Federal Rules of Civil Procedure. |