**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELISSA T. DAUGHERTY, SB# 227451
   E-Mail: daugherty@lbbslaw.com
JULIET ANTOUN, SB# 272298
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant COMMUNITY
REDEVELOPMENT AGENCY OF THE
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, a California non-profit corporation; FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY, a California non-profit corporation; and COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE, a California non-profit corporation, | CASE NO. 12-CV-551 SJO (PJWx) |
| | **DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Plaintiffs, | Trial Date:     None Set |
| vs. | |
| CITY OF LOS ANGELES, CALIFORNIA, a California municipal corporation; COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES; et al., | |
| Defendants. | |
| CITY OF LOS ANGELES, a municipal corporation, | |
| Cross-Complainant, | |
| vs. | |
| COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES, | |

4843-5645-0831.1

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

Cross-Defendants.

Defendant COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES (hereinafter "CRA/LA") hereby files its Answer to Plaintiffs' First Amended Complaint ("FAC").

1.   In answer to paragraph 1 of the FAC, CRA/LA admits that Plaintiffs make the claims stated therein, but denies that said claims have any merit as to this answering Defendant.

2.   In answer to paragraph 2 of the FAC, CRA/LA admits that Plaintiffs make the claims stated therein, but denies that said claims have any merit as to this answering Defendant.

3.   In answer to paragraph 3 of the FAC, CRA/LA admits that Plaintiffs make the claims stated therein.

4.   In answer to paragraph 4 of the FAC, CRA/LA denies that said claims have any merit as to this answering Defendant.

5.   In answer to paragraph 5 of the FAC, CRA/LA admits this Court has jurisdiction over the claims alleged in the FAC.

6.   In answer to paragraph 6 of the FAC, CRA/LA admits the Court has jurisdiction over these claims.

7.   In answer to paragraph 7 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

8.   In answer to paragraph 8 of the FAC, CRA/LA admits that the venue is proper in the Central District of California.

9.   In answer to paragraph 9 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

10.     In answer to paragraph 10 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

11.     In answer to paragraph 11 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

12.     In answer to paragraph 12 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

13.     In answer to paragraph 13 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

14.     In answer to paragraph 14 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

15.     In answer to paragraph 15 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

16.     In answer to paragraph 16 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

17.     In answer to paragraph 17 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

18.     In answer to paragraph 18 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

19.     In answer to paragraph 19 of the FAC, CRA/LA lacks sufficient

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  information to admit or deny the allegations therein and on that basis denies the

2  allegations based on a lack of information and belief.

3        20.    In answer to paragraph 20 of the FAC, CRA/LA lacks sufficient

4  information to admit or deny the allegations therein and on that basis denies the

5  allegations therein based on information and belief.

6        21.    In answer to paragraph 21 of the FAC, CRA/LA lacks sufficient

7  information to admit or deny the allegations therein and on that basis denies the

8  allegations based on a lack of information and belief.

9        22.    In answer to paragraph 22 of the FAC, CRA/LA lacks sufficient

10  information to admit or deny the allegations therein and on that basis denies the

11  allegations based on a lack of information and belief.

12        23.    In answer to paragraph 23 of the FAC, CRA/LA lacks sufficient

13  information to admit or deny the allegations therein and on that basis denies the

14  allegations based on a lack of information and belief.

15        24.    In answer to paragraph 24 of the FAC, CRA/LA lacks sufficient

16  information to admit or deny the allegations therein and on that basis denies the

17  allegations based on a lack of information and belief.

18        25.    In answer to paragraph 25 of the FAC, CRA/LA lacks sufficient

19  information to admit or deny the allegations therein and on that basis denies the

20  allegations based on a lack of information and belief.

21        26.    In answer to paragraph 26 of the FAC, CRA/LA lacks sufficient

22  information to admit or deny the allegations therein and on that basis denies the

23  allegations based on a lack of information and belief.

24        27.    In answer to paragraph 27 of the FAC, CRA/LA lacks sufficient

25  information to admit or deny the allegations therein and on that basis denies the

26  allegations based on a lack of information and belief.

27        28.    In answer to paragraph 28 of the FAC, CRA/LA lacks sufficient

28  information to admit or deny the allegations therein and on that basis denies the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1 | allegations based on a lack of information and belief.

2 |     29.    In answer to paragraph 29 of the FAC, CRA/LA lacks sufficient

3 | information to admit or deny the allegations therein and on that basis denies the

4 | allegations based on a lack of information and belief.

5 |     30.    In answer to paragraph 30 of the FAC, CRA/LA lacks sufficient

6 | information to admit or deny the allegations therein and on that basis denies the

7 | allegations based on a lack of information and belief.

8 |     31.    In answer to paragraph 31 of the FAC, CRA/LA admits the allegations

9 | therein based on information and belief.

10 |     32.    In answer to paragraph 32 of the FAC, CRA/LA admits the allegations

11 | therein based on information and belief.

12 |     33.    In answer to paragraph 33 of the FAC, CRA/LA lacks sufficient

13 | information to admit or deny the allegations therein and on that basis denies the

14 | allegations based on a lack of information and belief.

15 |     34.    In answer to paragraph 34 of the FAC, CRA/LA lacks sufficient

16 | information to admit or deny the allegations therein and on that basis denies the

17 | allegations based on a lack of information and belief.

18 |     35.    In answer to paragraph 35 of the FAC, CRA/LA admits the allegations

19 | therein based on information and belief.

20 |     36.    In answer to paragraph 36 of the FAC, CRA/LA admits.

21 |     37.    In answer to paragraph 37 of the FAC, CRA/LA admits.

22 |     38.    In answer to paragraph 38 of the FAC, CRA/LA admits that it received

23 | federal financial assistance. "Within the meaning of the Rehabilitation Act" is vague

24 | and ambiguous and defendant is unable to admit or deny.

25 |     39.    In answer to paragraph 39 of the FAC, CRA/LA admits that it received

26 | state financial assistance. "Within the meaning of California Government Code

27 | Section 11135" is vague and ambiguous and defendant is unable to admit or deny.

28 |     40.    In answer to paragraph 40 of the FAC, CRA/LA admits that an

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   Oversight Board was appointed by the Mayor of Los Angeles and confirmed by the
2   Los Angeles City Council.

3         41.    In answer to paragraph 41 of the FAC, CRA/LA denies.

4         42.    In answer to paragraph 42 of the FAC, CRA/LA lacks sufficient
5   information to admit or deny the allegations therein and on that basis denies the
6   allegations based on a lack of information and belief.

7         43.    In answer to paragraph 43 of the FAC, CRA/LA admits the allegations
8   therein based on information and belief.

9         44.    In answer to paragraph 44 of the FAC, no factual allegations are made.
10  This paragraph is a legal interpretation of ABX1 26.

11        45.    In answer to paragraph 45 of the FAC, no factual allegations are made.
12  This paragraph is a legal interpretation of ABx1 26.

13        46.    In answer to paragraph 46 of the FAC, CRA/LA admits the allegations
14  therein based on information and belief.

15        47.    In answer to paragraph 47 of the FAC, CRA/LA admits the allegations
16  therein based on information and belief.

17        48.    In answer to paragraph 48 of the FAC, CRA/LA admits.

18        49.    In answer to paragraph 49 of the FAC, CRA/LA lacks sufficient
19  information to admit or deny the allegations therein and on that basis denies the
20  allegations based on a lack of information and belief.

21        50.    In answer to paragraph 50 of the FAC, CRA/LA lacks sufficient
22  information to admit or deny the allegations therein and on that basis denies the
23  allegations based on a lack of information and belief.

24        51.    In answer to paragraph 51 of the FAC, CRA/LA lacks sufficient
25  information to admit or deny the allegations therein and on that basis denies the
26  allegations based on a lack of information and belief.

27        52.    In answer to paragraph 52 of the FAC, CRA/LA admits the allegations
28  therein based on information and belief.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

53.     In answer to paragraph 53 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

54.     In answer to paragraph 54 of the FAC, no factual allegations are made. This paragraph is a legal interpretation of ABx1 26.

55.     In answer to paragraph 55 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

56.     In answer to paragraph 56 of the FAC, CRA/LA denies.

57.     In answer to paragraph 57 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

58.     In answer to paragraph 58 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

59.     In answer to paragraph 59 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

60.     In answer to paragraph 60 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

61.     In answer to paragraph 61 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

62.     In answer to paragraph 62 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

63.     In answer to paragraph 63 of the FAC, CRA/LA lacks sufficient

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    information to admit or deny the allegations therein and on that basis denies the
2    allegations based on a lack of information and belief.

3          64.    In answer to paragraph 64 of the FAC, CRA/LA lacks sufficient
4    information to admit or deny the allegations therein and on that basis denies the
5    allegations based on a lack of information and belief.

6          65.    In answer to paragraph 65 of the FAC, CRA/LA lacks sufficient
7    information to admit or deny the allegations therein and on that basis denies the
8    allegations based on a lack of information and belief.

9          66.    In answer to paragraph 66 of the FAC, CRA/LA lacks sufficient
10   information to admit or deny the allegations therein and on that basis denies the
11   allegations based on a lack of information and belief.

12         67.    In answer to paragraph 67 of the FAC, CRA/LA lacks sufficient
13   information to admit or deny the allegations therein and on that basis denies the
14   allegations based on a lack of information and belief.

15         68.    In answer to paragraph 68 of the FAC, CRA/LA lacks sufficient
16   information to admit or deny the allegations therein and on that basis denies the
17   allegations based on a lack of information and belief.

18         69.    In answer to paragraph 69 of the FAC, CRA/LA lacks sufficient
19   information to admit or deny the allegations therein and on that basis denies the
20   allegations based on a lack of information and belief.

21         70.    In answer to paragraph 70 of the FAC, CRA/LA lacks sufficient
22   information to admit or deny the allegations therein and on that basis denies the
23   allegations based on a lack of information and belief.

24         71.    In answer to paragraph 71 of the FAC, CRA/LA lacks sufficient
25   information to admit or deny the allegations therein and on that basis denies the
26   allegations based on a lack of information and belief.

27         72.    In answer to paragraph 72 of the FAC, CRA/LA lacks sufficient
28   information to admit or deny the allegations therein and on that basis denies the

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   allegations based on a lack of information and belief.

2       73.    In answer to paragraph 73 of the FAC, CRA/LA lacks sufficient

3   information to admit or deny the allegations therein and on that basis denies the

4   allegations based on a lack of information and belief.

5       74.    In answer to paragraph 74 of the FAC, CRA/LA lacks sufficient

6   information to admit or deny the allegations therein and on that basis denies the

7   allegations based on a lack of information and belief.

8       75.    In answer to paragraph 75 of the FAC, CRA/LA lacks sufficient

9   information to admit or deny the allegations therein and on that basis denies the

10  allegations based on a lack of information and belief.

11      76.    In answer to paragraph 76 of the FAC, CRA/LA lacks sufficient

12  information to admit or deny the allegations therein and on that basis denies the

13  allegations based on a lack of information and belief.

14      77.    In answer to paragraph 77 of the FAC, CRA/LA lacks sufficient

15  information to admit or deny the allegations therein and on that basis denies the

16  allegations based on a lack of information and belief.

17      78.    In answer to paragraph 78 of the FAC, CRA/LA lacks sufficient

18  information to admit or deny the allegations therein and on that basis denies the

19  allegations based on a lack of information and belief.

20      79.    In answer to paragraph 79 of the FAC, CRA/LA lacks sufficient

21  information to admit or deny the allegations therein and on that basis denies the

22  allegations based on a lack of information and belief.

23      80.    In answer to paragraph 80 of the FAC, CRA/LA lacks sufficient

24  information to admit or deny the allegations therein and on that basis denies the

25  allegations based on a lack of information and belief.

26      81.    In answer to paragraph 81 of the FAC, CRA/LA lacks sufficient

27  information to admit or deny the allegations therein and on that basis denies the

28  allegations based on a lack of information and belief.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1                                         9
DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1    82.    In answer to paragraph 82 of the FAC, CRA/LA lacks sufficient

2  information to admit or deny the allegations therein and on that basis denies the

3  allegations based on a lack of information and belief.

4    83.    In answer to paragraph 83 of the FAC, CRA/LA lacks sufficient

5  information to admit or deny the allegations therein and on that basis denies the

6  allegations based on a lack of information and belief.

7    84.    In answer to paragraph 84 of the FAC, CRA/LA lacks sufficient

8  information to admit or deny the allegations therein and on that basis denies the

9  allegations based on a lack of information and belief.

10    85.    In answer to paragraph 85 of the FAC, CRA/LA lacks sufficient

11  information to admit or deny the allegations therein and on that basis denies the

12  allegations based on a lack of information and belief.

13    86.    In answer to paragraph 86 of the FAC, CRA/LA lacks sufficient

14  information to admit or deny the allegations therein and on that basis denies the

15  allegations based on a lack of information and belief.

16    87.    In answer to paragraph 87 of the FAC, CRA/LA lacks sufficient

17  information to admit or deny the allegations therein and on that basis denies the

18  allegations based on a lack of information and belief.

19    88.    In answer to paragraph 88 of the FAC, CRA/LA lacks sufficient

20  information to admit or deny the allegations therein and on that basis denies the

21  allegations based on a lack of information and belief.

22    89.    In answer to paragraph 89 of the FAC, CRA/LA lacks sufficient

23  information to admit or deny the allegations therein and on that basis denies the

24  allegations based on a lack of information and belief.

25    90.    In answer to paragraph 90 of the FAC, CRA/LA lacks sufficient

26  information to admit or deny the allegations therein and on that basis denies the

27  allegations based on a lack of information and belief.

28    91.    In answer to paragraph 91 of the FAC, CRA/LA lacks sufficient

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  information to admit or deny the allegations therein and on that basis denies the

2  allegations based on a lack of information and belief.

3        92.    In answer to paragraph 92 of the FAC, CRA/LA lacks sufficient

4  information to admit or deny the allegations therein and on that basis denies the

5  allegations based on a lack of information and belief.

6        93.    In answer to paragraph 93 of the FAC, CRA/LA lacks sufficient

7  information to admit or deny the allegations therein and on that basis denies the

8  allegations based on a lack of information and belief.

9        94.    In answer to paragraph 94 of the FAC, CRA/LA lacks sufficient

10  information to admit or deny the allegations therein and on that basis denies the

11  allegations based on a lack of information and belief.

12        95.    In answer to paragraph 95 of the FAC, CRA/LA lacks sufficient

13  information to admit or deny the allegations therein and on that basis denies the

14  allegations based on a lack of information and belief.

15        96.    In answer to paragraph 96 of the FAC, CRA/LA lacks sufficient

16  information to admit or deny the allegations therein and on that basis denies the

17  allegations based on a lack of information and belief.

18        97.    In answer to paragraph 97 of the FAC, CRA/LA lacks sufficient

19  information to admit or deny the allegations therein and on that basis denies the

20  allegations based on a lack of information and belief.

21        98.    In answer to paragraph 98 of the FAC, CRA/LA lacks sufficient

22  information to admit or deny the allegations therein and on that basis denies the

23  allegations based on a lack of information and belief.

24        99.    In answer to paragraph 99 of the FAC, CRA/LA lacks sufficient

25  information to admit or deny the allegations therein and on that basis denies the

26  allegations based on a lack of information and belief.

27       100.    In answer to paragraph 100 of the FAC, CRA/LA lacks sufficient

28  information to admit or deny the allegations therein and on that basis denies the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1

11

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1 | allegations based on a lack of information and belief.

2 |      101.   In answer to paragraph 101 of the FAC, CRA/LA lacks sufficient

3 | information to admit or deny the allegations therein and on that basis denies the

4 | allegations based on a lack of information and belief.

5 |      102.   In answer to paragraph 102 of the FAC, CRA/LA lacks sufficient

6 | information to admit or deny the allegations therein and on that basis denies the

7 | allegations based on a lack of information and belief.

8 |      103.   In answer to paragraph 103 of the FAC, CRA/LA lacks sufficient

9 | information to admit or deny the allegations therein and on that basis denies the

10 | allegations based on a lack of information and belief.

11 |      104.   In answer to paragraph 104 of the FAC, CRA/LA lacks sufficient

12 | information to admit or deny the allegations therein and on that basis denies the

13 | allegations based on a lack of information and belief.

14 |      105.   In answer to paragraph 105 of the FAC, CRA/LA lacks sufficient

15 | information to admit or deny the allegations therein and on that basis denies the

16 | allegations based on a lack of information and belief.

17 |      106.   In answer to paragraph 106 of the FAC, CRA/LA lacks sufficient

18 | information to admit or deny the allegations therein and on that basis denies the

19 | allegations based on a lack of information and belief.

20 |      107.   In answer to paragraph 107 of the FAC, CRA/LA lacks sufficient

21 | information to admit or deny the allegations therein and on that basis denies the

22 | allegations based on a lack of information and belief.

23 |      108.   In answer to paragraph 108 of the FAC, CRA/LA lacks sufficient

24 | information to admit or deny the allegations therein and on that basis denies the

25 | allegations based on a lack of information and belief.

26 |      109.   In answer to paragraph 109 of the FAC, CRA/LA lacks sufficient

27 | information to admit or deny the allegations therein and on that basis denies the

28 | allegations based on a lack of information and belief.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    110.   In answer to paragraph 110 of the FAC, CRA/LA lacks sufficient

2  information to admit or deny the allegations therein and on that basis denies the

3  allegations based on a lack of information and belief.

4    111.   In answer to paragraph 111 of the FAC, CRA/LA lacks sufficient

5  information to admit or deny the allegations therein and on that basis denies the

6  allegations based on a lack of information and belief.

7    112.   In answer to paragraph 112 of the FAC, CRA/LA lacks sufficient

8  information to admit or deny the allegations therein and on that basis denies the

9  allegations based on a lack of information and belief.

10    113.   In answer to paragraph 113 of the FAC, CRA/LA lacks sufficient

11  information to admit or deny the allegations therein and on that basis denies the

12  allegations based on a lack of information and belief.

13    114.   In answer to paragraph 114 of the FAC, CRA/LA lacks sufficient

14  information to admit or deny the allegations therein and on that basis denies the

15  allegations based on a lack of information and belief.

16    115.   In answer to paragraph 115 of the FAC, CRA/LA lacks sufficient

17  information to admit or deny the allegations therein and on that basis denies the

18  allegations based on a lack of information and belief.

19    116.   In answer to paragraph 116 of the FAC, CRA/LA lacks sufficient

20  information to admit or deny the allegations therein and on that basis denies the

21  allegations based on a lack of information and belief.

22    117.   In answer to paragraph 117 of the FAC, no factual allegations are

23  made. This paragraph is a legal interpretation of the Rehabilitation Act.

24    118.   In answer to paragraph 118 of the FAC, no factual allegations are

25  made. This paragraph is a legal interpretation of the Rehabilitation Act.

26    119.   In answer to paragraph 119 of the FAC, no factual allegations are

27  made. This paragraph is a legal interpretation of the Rehabilitation Act.

28    120.   In answer to paragraph 120 of the FAC, no factual allegations are

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1  made. This paragraph is a legal interpretation of the Rehabilitation Act.

2      121.   In answer to paragraph 121 of the FAC, no factual allegations are

3  made. This paragraph is a legal interpretation of the Rehabilitation Act.

4      122.   In answer to paragraph 122 of the FAC, no factual allegations are

5  made. This paragraph is a legal interpretation of the Rehabilitation Act.

6      123.   In answer to paragraph 123 of the FAC, no factual allegations are

7  made. This paragraph is a legal interpretation of 24 CFR Section 8.22(a) and (b).

8      124.   In answer to paragraph 124 of the FAC, no factual allegations are

9  made. This paragraph is a legal interpretation of 24 CFR Section 8.27.

10     125.   In answer to paragraph 125 of the FAC, no factual allegations are

11  made. This paragraph is a legal interpretation.

12     126.   In answer to paragraph 126 of the FAC, no factual allegations are

13  made. This paragraph is a legal interpretation and assumption as to what this Court

14  may do.

15     127.   In answer to paragraph 127 of the FAC, no factual allegations are

16  made. This paragraph is a legal interpretation of the ADA.

17     128.   In answer to paragraph 128 of the FAC, no factual allegations are

18  made. This paragraph is a legal interpretation of the ADA.

19     129.   In answer to paragraph 129 of the FAC, no factual allegations are

20  made. This paragraph is a legal interpretation of the ADA.

21     130.   In answer to paragraph 130 of the FAC, no factual allegations are

22  made. This paragraph is a legal interpretation of the ADA.

23     131.   In answer to paragraph 131 of the FAC, no factual allegations are

24  made. This paragraph is a legal interpretation of the ADA.

25     132.   In answer to paragraph 132 of the FAC, no factual allegations are

26  made. This paragraph is a legal interpretation of the ADA.

27     133.   In answer to paragraph 133 of the FAC, no factual allegations are

28  made. This paragraph is a legal interpretation of the Fair Housing Act.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

134.   In answer to paragraph 134 of the FAC, no factual allegations are made. This paragraph is a legal interpretation of the Fair Housing Act.

135.   In answer to paragraph 135 of the FAC, no factual allegations are made. This paragraph is a legal interpretation of the Fair Housing Act.

136.   In answer to paragraph 136 of the FAC, no factual allegations are made. This paragraph is a legal interpretation of the Government Code.

137.   In answer to paragraph 137 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

138.   In answer to paragraph 138 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

139.   In answer to paragraph 139 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

140.   In answer to paragraph 140 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

141.   In answer to paragraph 141 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

142.   In answer to paragraph 142 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

143.   In answer to paragraph 143 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

144.   In answer to paragraph 144 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

145.   In answer to paragraph 145 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

146.   In answer to paragraph 146 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   147. In answer to paragraph 147 of the FAC, CRA/LA lacks sufficient

2 information to admit or deny the allegations therein and on that basis denies the

3 allegations based on a lack of information and belief.

4   148. In answer to paragraph 148 of the FAC, CRA/LA lacks sufficient

5 information to admit or deny the allegations therein and on that basis denies the

6 allegations based on a lack of information and belief.

7   149. In answer to paragraph 149 of the FAC, CRA/LA lacks sufficient

8 information to admit or deny the allegations therein and on that basis denies the

9 allegations based on a lack of information and belief.

10   150. In answer to paragraph 150 of the FAC, CRA/LA lacks sufficient

11 information to admit or deny the allegations therein and on that basis denies the

12 allegations based on a lack of information and belief.

13   151. In answer to paragraph 151 of the FAC, CRA/LA lacks sufficient

14 information to admit or deny the allegations therein and on that basis denies the

15 allegations based on a lack of information and belief.

16   152. In answer to paragraph 152 of the FAC, CRA/LA lacks sufficient

17 information to admit or deny the allegations therein and on that basis denies the

18 allegations based on a lack of information and belief.

19   153. In answer to paragraph 153 of the FAC, CRA/LA lacks sufficient

20 information to admit or deny the allegations therein and on that basis denies the

21 allegations based on a lack of information and belief.

22   154. In answer to paragraph 154 of the FAC, CRA/LA admits that they have

23 received federal funding for use in developing affordable housing.

24   155. In answer to paragraph 155 of the FAC, CRA/LA admits that they have

25 received funding from the State of California.

26   156. In answer to paragraph 156 of the FAC, CRA/LA admits that they have

27 received federal funding for use in developing affordable housing.

28   157. In answer to paragraph 157 of the FAC, CRA/LA admits that they have

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1 16
DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1   received funding from the State of California.

2   158.   In answer to paragraph 158 of the FAC, CRA/LA contends the

3   allegations therein are vague and ambiguous such that this answering Defendant is

4   unable to admit or deny the allegations therein. CRA/LA used government funds to

5   assist in the acquisition of property that was eventually developed into housing.

6   159.   In answer to paragraph 159 of the FAC, CRA/LA contends the

7   allegations therein are vague and ambiguous such that this answering Defendant is

8   unable to admit or deny the allegations therein. CRA/LA used government funds to

9   assist in the acquisition of property that was eventually developed into housing.

10   160.   In answer to paragraph 160 of the FAC, CRA/LA lacks sufficient

11   information to admit or deny the allegations therein and on that basis denies the

12   allegations based on a lack of information and belief.

13   161.   In answer to paragraph 161 of the FAC, CRA/LA lacks sufficient

14   information to admit or deny the allegations therein and on that basis denies the

15   allegations based on a lack of information and belief.

16   162.   In answer to paragraph 162 of the FAC, CRA/LA lacks sufficient

17   information to admit or deny the allegations therein and on that basis denies the

18   allegations based on a lack of information and belief.

19   163.   In answer to paragraph 163 of the FAC, CRA/LA contends the

20   allegations therein are vague and ambiguous such that this answering Defendant is

21   unable to admit or deny the allegations therein.

22   164.   In answer to paragraph 164 of the FAC, CRA/LA admits that Plaintiffs

23   make the claims stated therein.

24   165.   In answer to paragraph 165 of the FAC, no factual allegations are

25   made. This is a legal analysis.

26   166.   In answer to paragraph 166 of the FAC, no factual allegations are

27   made. This is a legal analysis.

28   167.   In answer to paragraph 167 of the FAC, no factual allegations are

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1                                    17
DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1    made. This is a legal analysis.

2        168.   In answer to paragraph 168 of the FAC, CRA/LA denies the allegations

3    therein as to itself and denies the allegations therein on a lack of information and

4    belief as to any other Defendant.

5        169.   In answer to paragraph 169 of the FAC, CRA/LA denies.

6        170.   In answer to paragraph 170 of the FAC, CRA/LA denies the allegations

7    therein as to itself and denies the allegations therein on a lack of information and

8    belief as to any other Defendant.

9        171.   In answer to paragraph 171 of the FAC, CRA/LA denies the allegations

10   therein as to itself and denies the allegations therein on a lack of information and

11   belief as to any other Defendant.

12       172.   In answer to paragraph 172 of the FAC, CRA/LA denies the allegations

13   therein as to itself and denies the allegations therein on a lack of information and

14   belief as to any other Defendant.

15       173.   In answer to paragraph 173 of the FAC, CRA/LA contends the

16   allegations of this paragraph are vague and ambiguous and based thereon this

17   answering Defendant is unable to admit or deny the allegations and on that basis

18   denies the allegations therein as to itself and denies the allegations therein on a lack

19   of information and belief as to any other Defendant.

20       174.   In answer to paragraph 174 of the FAC, CRA/LA denies the allegations

21   therein as to itself and denies the allegations therein on a lack of information and

22   belief as to any other Defendant.

23       175.   In answer to paragraph 175 of the FAC, CRA/LA denies the allegations

24   therein as to itself and denies the allegations therein on a lack of information and

25   belief as to any other Defendant.

26       176.   In answer to paragraph 176 of the FAC, CRA/LA denies the allegations

27   therein as to itself and denies the allegations therein on a lack of information and

28   belief as to any other Defendant.

4843-5645-0831.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

177.   In answer to paragraph 177 of the FAC, CRA/LA denies the allegations therein as to itself and denies the allegations therein on a lack of information and belief as to any other Defendant.

178.   In answer to paragraph 178 of the FAC, CRA/LA denies the allegations therein as to itself and denies the allegations therein on a lack of information and belief as to any other Defendant.

179.   In answer to paragraph 179 of the FAC, CRA/LA denies the allegations therein as to itself and denies the allegations therein on a lack of information and belief as to any other Defendant.

180.   In answer to paragraph 180 of the FAC, CRA/LA denies the allegations therein as to itself and denies the allegations therein on a lack of information and belief as to any other Defendant.

181.   In answer to paragraph 181 of the FAC, CRA/LA denies the allegations therein as to itself and denies the allegations therein on a lack of information and belief as to any other Defendant.

182.   In answer to paragraph 182 of the FAC, CRA/LA denies the allegations therein as to itself and denies the allegations therein on a lack of information and belief as to any other Defendant.

183.   In answer to paragraph 183 of the FAC, CRA/LA denies the allegations therein as to itself and denies the allegations therein on a lack of information and belief as to any other Defendant.

184.   In answer to paragraph 184 of the FAC, CRA/LA lacks personal knowledge as to what plaintiffs are aware of and thus is unable to admit or deny.

185.   In answer to paragraph 185 of the FAC, CRA/LA denies the allegations therein based on information and belief.

186.   In answer to paragraph 186 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

187.   In answer to paragraph 187 of the FAC, CRA/LA contends the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1  allegations of this paragraph are vague and ambiguous and based thereon this

2  answering Defendant is unable to admit or deny the allegations and on that basis

3  denies the allegations therein as to itself and denies the allegations therein on a lack

4  of information and belief as to any other Defendant.

5       188.   In answer to paragraph 188 of the FAC, CRA/LA contends the

6  allegations of this paragraph are vague and ambiguous and based thereon this

7  answering Defendant is unable to admit or deny the allegations and on that basis

8  denies the allegations therein as to itself and denies the allegations therein on a lack

9  of information and belief as to any other Defendant.

10       189.   In answer to paragraph 189 of the FAC, CRA/LA lacks sufficient

11  information to admit or deny the allegations therein and on that basis denies the

12  allegations based on a lack of information and belief.

13       190.   In answer to paragraph 190 of the FAC, CRA/LA denies the allegations

14  therein as to itself and denies the allegations therein on a lack of information and

15  belief as to any other Defendant.

16       191.   In answer to paragraph 191 of the FAC, CRA/LA denies the allegations

17  therein as to itself and denies the allegations therein on a lack of information and

18  belief as to any other Defendant.

19       192.   In answer to paragraph 192 of the FAC, CRA/LA lacks sufficient

20  information to admit or deny the allegations therein and on that basis denies the

21  allegations based on a lack of information and belief.

22       193.   In answer to paragraph 193 of the FAC, CRA/LA lacks sufficient

23  information to admit or deny the allegations therein and on that basis denies the

24  allegations based on a lack of information and belief.

25       194.   In answer to paragraph 194 of the FAC, CRA/LA lacks sufficient

26  information to admit or deny the allegations therein and on that basis denies the

27  allegations based on a lack of information and belief.

28       195.   In answer to paragraph 195 of the FAC, CRA/LA denies the allegations

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1         20
DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1  therein as to itself and denies the allegations therein on a lack of information and

2  belief as to any other Defendant.

3        196.   In answer to paragraph 196 of the FAC, CRA/LA lacks sufficient

4  information to admit or deny the allegations therein and on that basis denies the

5  allegations based on a lack of information and belief.

6        197.   In answer to paragraph 197 of the FAC, CRA/LA lacks sufficient

7  information to admit or deny the allegations therein and on that basis denies the

8  allegations based on a lack of information and belief.

9        198.   In answer to paragraph 198 of the FAC, CRA/LA lacks sufficient

10  information to admit or deny the allegations therein and on that basis denies the

11  allegations based on a lack of information and belief.

12        199.   In answer to paragraph 199 of the FAC, CRA/LA denies the allegations

13  therein based on a lack of information and belief.

14        200.   In answer to paragraph 200 of the FAC, CRA/LA lacks sufficient

15  information to admit or deny the allegations therein and on that basis denies the

16  allegations therein as to itself and belief and denies the allegations therein on a lack

17  of information and belief as to any other Defendant.

18        201.   In answer to paragraph 201 of the FAC, CRA/LA lacks sufficient

19  information to admit or deny the allegations therein and on that basis denies the

20  allegations based on a lack of information and belief.

21        202.   In answer to paragraph 202 of the FAC, CRA/LA denies the allegations

22  therein based on a lack of information and belief.

23        203.   In answer to paragraph 203 of the FAC, CRA/LA denies the allegations

24  therein as to itself and on a lack of information and belief as to any other Defendant.

25        204.   In answer to paragraph 204 of the FAC, CRA/LA denies the allegations

26  therein as to itself and on a lack of information and belief as to any other Defendant.

27        205.   In answer to paragraph 205 of the FAC, CRA/LA denies the allegations

28  therein based on a lack of information and belief.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

206.   In answer to paragraph 206 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

207.   In answer to paragraph 207 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

208.   In answer to paragraph 208 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

209.   In answer to paragraph 209 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

210.   In answer to paragraph 210 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

211.   In answer to paragraph 211 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

212.   In answer to paragraph 212 of the FAC, CRA/LA denies the allegations therein as to itself and on a lack of information and belief as to any other Defendant.

213.   In answer to paragraph 213 of the FAC, CRA/LA denies the allegations therein as to itself and on a lack of information and belief as to any other Defendant.

214.   In answer to paragraph 214 of the FAC, CRA/LA denies the allegations therein as to itself and on a lack of information and belief as to any other Defendant.

215.   In answer to paragraph 215 of the FAC, CRA/LA denies the allegations therein as to itself and on a lack of information and belief as to any other Defendant.

216.   In answer to paragraph 216 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

217.   In answer to paragraph 217 of the FAC, CRA/LA denies the allegations

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

218.   In answer to paragraph 218 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

219.   In answer to paragraph 219 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

220.   In answer to paragraph 220 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

221.   In answer to paragraph 221 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

222.   In answer to paragraph 222 of the FAC, CRA/LA denies the allegations therein based on a lack of information and belief.

223.   In answer to paragraph 223 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

224.   In answer to paragraph 224 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

225.   In answer to paragraph 225 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

226.   In answer to paragraph 226 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1

23

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

227.   In answer to paragraph 227 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

228.   In answer to paragraph 228 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

229.   In answer to paragraph 229 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

230.   In answer to paragraph 230 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

231.   In answer to paragraph 231 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

232.   In answer to paragraph 232 of the FAC, CRA/LA denies the allegations therein based on information and belief as to itself and on a lack of information and belief as to any other Defendant.

233.   In answer to paragraph 233 of the FAC, CRA/LA realleges its answers to paragraphs 1 through 233 above as though fully set forth herein.

234.   In answer to paragraph 234 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

235.   In answer to paragraph 235 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

236.   In answer to paragraph 236 of the FAC, CRA/LA realleges its answers to paragraphs 1 through 236 above as though fully set forth herein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1

24

237.   In answer to paragraph 237 of the FAC, including subparts a through d, CRA/LA denies the allegations therein on information and belief as to itself and denies the allegations based on a lack of information and belief as to all other Defendants.

238.   In answer to paragraph 238 of the FAC, CRA/LA denies the allegations therein on information and belief as to itself and denies the allegations based on a lack of information and belief as to all other Defendants.

239.   In answer to paragraph 239 of the FAC, CRA/LA realleges its answers to paragraphs 1 through 238 above as though fully set forth herein.

240.   In answer to paragraph 240 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

241.   In answer to paragraph 241 of the FAC, CRA/LA lacks sufficient information to admit or deny the allegations therein and on that basis denies the allegations based on a lack of information and belief.

242.   In answer to paragraph 239 of the FAC, CRA/LA realleges its answers to paragraphs 1 through 241 above as though fully set forth herein.

243.   In answer to paragraph 243 of the FAC, including subparts a through e, CRA/LA denies the allegations therein on information and belief as to itself and denies the allegations based on a lack of information and belief as to all other Defendants.

244.   In answer to paragraph 244 of the FAC, CRA/LA denies the allegations therein on information and belief as to itself and denies the allegations based on a lack of information and belief as to all other Defendants.

245.   In answer to paragraph 245 of the FAC, CRA/LA realleges its answers to paragraphs 1 through 244 above as though fully set forth herein.

246.   In answer to paragraph 246 of the FAC, CRA/LA denies the allegations therein on information and belief as to itself and denies the allegations based on a

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    lack of information and belief as to all other Defendants.

2        247.    In answer to paragraph 247 of the FAC, including subparts a through d,

3    CRA/LA denies the allegations therein on information and belief as to itself and

4    denies the allegations based on a lack of information and belief as to all other

5    Defendants.

6        248.    In answer to paragraph 248 of the FAC, CRA/LA denies the allegations

7    therein on information and belief as to itself and denies the allegations based on a

8    lack of information and belief as to all other Defendants.

9        249.    In answer to paragraph 249 of the FAC, CRA/LA realleges its answers

10   to paragraphs 1 through 248 above as though fully set forth herein.

11       250.    In answer to paragraph 250 of the FAC, CRA/LA denies the allegations

12   therein on information and belief as to itself and denies the allegations based on a

13   lack of information and belief as to all other Defendants.

14       251.    In answer to paragraph 251 of the FAC, CRA/LA denies the allegations

15   therein on information and belief as to itself and denies the allegations based on a

16   lack of information and belief as to all other Defendants.

17       252.    Except as expressly admitted herein, defendant denies each, every, and

18   all of the allegations contained within the paragraph(s).

19                              **AFFIRMATIVE DEFENSES**

20       253.    Without admitting any of the allegations in the FAC, CRA/LA alleges

21   each of the following as separate affirmative defenses, expressly reserving all of its

22   rights to allege additional defenses, and/or to seek leave of Court to amend to allege

23   additional defenses, when and if facts supporting such defenses become known to it.

24                            **FIRST AFFIRMATIVE DEFENSE**

25       254.    The FAC for damages fails to state a claim upon which relief may be

26   granted.

27                           **SECOND AFFIRMATIVE DEFENSE**

28       255.    The FAC, and each purported cause of action alleged in the FAC, is

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  barred in whole or in part because CRA/LA's services, programs and activities in

2  question in this action, when viewed in their entirety, are accessible to persons with

3  disabilities.

### THIRD AFFIRMATIVE DEFENSE

5  256.   The FAC, and each purported cause of action alleged in the FAC, is

6  barred in whole or in part because CRA/LA has provided reasonable access to its

7  services, programs and activities.

### FOURTH AFFIRMATIVE DEFENSE

9  257.   The FAC, and each purported cause of action alleged in the FAC, is

10  barred in whole or in part on the ground and to the extent that Plaintiff's requested

11  modifications of policies, practices or procedures are unreasonable and/or

12  unnecessary to avoid discrimination on the basis of disability.

### FIFTH AFFIRMATIVE DEFENSE

14  258.   The FAC, and each purported cause of action alleged in the FAC, is

15  barred in whole or in part because CRA/LA has completely or substantially

16  complied with all applicable requirements.

### SIXTH AFFIRMATIVE DEFENSE

18  259.   The FAC, and each purported cause of action alleged in the FAC, is

19  barred in whole or in part because CRA/LA is not obligated to remove the barriers

20  alleged in the FAC to the extent that the facilities at issue were constructed and/or

21  modified before the effective date of any law of regulation prohibiting the existence

22  of any such alleged barrier.

### SEVENTH AFFIRMATIVE DEFENSE

24  260.   The FAC, and each purported cause of action alleged in the FAC, is

25  barred in whole or in part on the ground and to the extent that the relief sought by

26  the FAC would result in an undue financial or administrative burden.

### EIGHTH AFFIRMATIVE DEFENSE

28  261.   The FAC, and each purported cause of action alleged in the FAC, is

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1

27

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1   barred in whole or in part because Plaintiffs' injury or injuries, if any, was/were

2   caused by third parties acting outside the scope of agency, employment or control of

3   CRA/LA, including without limitation third parties who own or control the property

4   on which Plaintiffs seek remediation or third parties who own or control adjoining

5   property.

### NINTH AFFIRMATIVE DEFENSE

7       262.   Plaintiffs are not entitled to the injunctive relief sought against

8   CRA/LA as they failed to join necessary parties to the action to effect such relief,

9   including without limitation third parties who own or control the property on which

10   Plaintiffs seeks remediation or third parties who own or control adjoining property.

### TENTH AFFIRMATIVE DEFENSE

12       263.   CRA/LA alleges that any injuries sustained by Plaintiffs were either

13   wholly or in part negligently caused by persons, firms, corporations or entities other

14   than this answering Defendant and that this negligence is either imputed to Plaintiffs

15   by reason of the relationship of said parties to Plaintiffs and/or this negligence

16   comparatively reduces the percentage of negligence, if any, by CRA/LA.

### ELEVENTH AFFIRMATIVE DEFENSE

18       264.   Plaintiffs' causes of action for violation of Civil Code Section 51, *et*

19   *seq.* fail as a matter of law because CRA/LA is not a "business establishment."

### TWELFTH AFFIRMATIVE DEFENSE

21       265.   Plaintiffs are not entitled to recover on the claims for relief under Civil

22   Code Section 51, *et seq.* because CRA/LA has not engaged in any intentional

23   discrimination.

### THIRTEENTH AFFIRMATIVE DEFENSE

25       266.   Plaintiffs are not entitled to recover the damages sought in the FAC

26   because their use and enjoyment of the facilities and services, programs and

27   activities in question were not denied or interfered with by CRA/LA or by any other

28   party.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## FOURTEENTH AFFIRMATIVE DEFENSE

267.   Plaintiffs' causes of action are barred on the ground and to the extent that CRA/LA has not violated any applicable federal, state or municipal disability access laws.

## FIFTEENTH AFFIRMATIVE DEFENSE

268.   Plaintiffs are not entitled to bring and/or recover on their FAC because they have failed to discharge each of the conditions precedent to suit, including without limitation by failing to file a claim in accordance with Sections 910 and 945.4 of the California Government Code.

## SIXTEENTH AFFIRMATIVE DEFENSE

269.   With respect to each and every allegation in the FAC , as they relate to the request for a preliminary injunction, such an injunction is not appropriate because: (a) there is no imminent threat or irreparable injury; (b) there is no likelihood of prevailing on the merits; and (c) the balancing of competing interests weigh in CRA/LA's favor.

## SEVENTEENTH AFFIRMATIVE DEFENSE

270.   Plaintiffs' prayer for injunctive relief is moot and/or will be by the time this matter is adjudicated.

## EIGHTEENTH AFFIRMATIVE DEFENSE

271.   CRA/LA alleges that Plaintiffs failed and neglected to use reasonable care to protect themselves and minimize and/or mitigate the losses and/or damages asserted in the FAC, and to the extent these acts caused and/or contributed to their injuries and/or damages, then the damages alleged against CRA/LA should be reduced or eliminated.

## NINETEENTH AFFIRMATIVE DEFENSE

272.   CRA/LA claims all defenses afforded to it under the Fair Employment and Housing Act, California Government Code Section 12940, *et seq*., and specifically seeks attorneys' fees herein as provided by Government Code Section

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

12965.

### TWENTIETH AFFIRMATIVE DEFENSE

273.   Plaintiffs lacks standing to seek some or all of the injunctive relief sought in the FAC.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

274.   The FAC, and each purported cause of action alleged in the FAC, are barred to the extent that they rely on events that occurred before the period captured by the running of the applicable statute of limitations.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

275.   The FAC is barred to the extent the alleged violations of law are excused or justified under the statutes under which Plaintiffs have sued.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

276.   The FAC, and each purported cause of action alleged in the FAC, fails because Plaintiffs have waived any right to recovery by taking actions that are inconsistent with the ownership and exercise of the rights claimed in the FAC.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

277.   Plaintiffs' causes of action are barred because Section 54 of the Civil Code exclusively governs the conduct or omissions alleged in the FAC.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

278.   Plaintiffs' claims are barred on the ground and to the extent that Plaintiffs have suffered no injury in fact with respect to the facts alleged in the FAC.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

279.   Plaintiffs are barred from recovering monetary damages to the extent that they failed to mitigate, and failed to reasonably attempt to mitigate, their damages as required by law.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

280.   Plaintiffs are not entitled to recover attorneys' fees from CRA/LA as



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    alleged in the FAC.  In the alternative, to the extent that Plaintiffs are entitled to

2    recover attorneys' fees or costs, such fees and costs are barred on the ground and to

3    the extent that they were not reasonably incurred or were incurred at an excessive

4    rate.

5                    **TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

6         281.   Plaintiffs are not entitled to recover attorneys' fees for failure to satisfy

7    the necessary elements of prevailing on a claim for attorneys' fees under the statutes

8    alleged.

9                    **TWENTY-NINTH AFFIRMATIVE DEFENSE**

10        282.   The FAC, and each purported cause of action alleged in the FAC, are

11   barred because granting the relief sought by Plaintiffs would constitute or result in a

12   fundamental alteration in the nature of the programs, services or activities offered by

13   CRA/LA.

14                   **THIRTIETH AFFIRMATIVE DEFENSE**

15        283.   Plaintiffs lacks standing to bring a private right of action to challenge

16   the adequacy of and/or enforce and/or compel the creation or modification of

17   CRA/LA's self-evaluation or transition plans.

18                   **THIRTY-FIRST AFFIRMATIVE DEFENSE**

19        284.   The FAC, and each purported cause of action alleged in the FAC, are

20   barred to the extent that they rely on any alleged failure of CRA/LA to comply with

21   the self-evaluation and/or transition plan requirements in 28 C.F.R. Sections 35.105

22   and 35.150(d) because such regulations exceed the scope of the rulemaking

23   authority granted to the regulators by Congress under the enabling legislations.  (42

24   U.S.C. § 12134(a).)

25                   **THIRTY-SECOND AFFIRMATIVE DEFENSE**

26        285.   The FAC, and each purported cause of action alleged in the FAC, are

27   barred to the extent the relief sought by Plaintiffs would purport to vest the judiciary

28   with the power, right or ability to expend public funds and/or deprive the CRA/LA's

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  legislative branch of the right to exercise its discretion to expend public funds.

2  **THIRTY-THIRD AFFIRMATIVE DEFENSE**

3  286.   Plaintiffs' prayer for damages under Section 54.3 of the California

4  Civil Code is barred because the CRA/LA is not a "person, firm or corporation"

5  within the meaning of that statute.

6  **THIRTY-FOURTH AFFIRMATIVE DEFENSE**

7  287.   The FAC and each purported cause of action alleged in the FAC, is

8  barred on the grounds and to the extent that it seeks a gift of public funds for a

9  private purpose in violation of the California Constitution.

10  **THIRTY-FIFTH AFFIRMATIVE DEFENSE**

11  288.   CRA/LA is immune from liability to Plaintiffs' claims in this action to

12  the full extent mandated by Section 815 of the California Government Code.

13  **THIRTY-SIXTH AFFIRMATIVE DEFENSE**

14  289.   CRA/LA is immune from liability to Plaintiffs' claims in this action to

15  the full extent mandated by Section 815.2 of the California Government Code.

16  **THIRTY-SEVENTH AFFIRMATIVE DEFENSE**

17  290.   CRA/LA is immune from liability to Plaintiffs' claims in this action to

18  the full extent mandated by Section 815.6 of the California Government Code.

19  **THIRTY-EIGHTH AFFIRMATIVE DEFENSE**

20  291.   Plaintiffs' prayer for damages above and beyond actual, compensatory

21  damages is barred on the ground that any such award would violate Section 818 of

22  the California Government Code.

23  **THIRTY-NINTH AFFIRMATIVE DEFENSE**

24  292.   The FAC, and each purported cause of action alleged therein and in the

25  FAC, are barred on the ground and to the extent that it seeks to impose liability or

26  secure relief for an injury caused by CRA/LA's adopting or failing to adopt an

27  enactment or by failing to enforce any law in violation of Section 818.2 of the

28  California Government Code.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## FORTIETH AFFIRMATIVE DEFENSE

293.   Pursuant to Section 820.2 of the California Government Code, Plaintiffs' FAC is barred to the extent it seeks relief, for any injury resulting from any individual's act or omission resulting from the exercise of discretion vested in such individual by virtue of his or her respective office.

## FORTY-FIRST AFFIRMATIVE DEFENSE

294.   Pursuant to Section 820.4 of the California Government Code, any individuals employed by CRA/LA are immune from liability, and Plaintiffs' FAC is barred to the extent it seeks relief, for any injury resulting from any individual's act or omission, exercising due care, in the execution or enforcement of any law.

## FORTY-SECOND AFFIRMATIVE DEFENSE

295.   Pursuant to Section 820.8 of the California Government Code, CRA/LA is immune from liability, and Plaintiffs' FAC is barred to the extent it seeks relief, for any injury resulting from CRA/LA's employee's acts or omissions resulting from the act or omission of any third party.

## FORTY-THIRD AFFIRMATIVE DEFENSE

296.   Pursuant to Section 820.9 of the California Government Code, CRA/LA is immune from liability, and Plaintiffs' FAC is barred to the extent it seeks relief, for any injury caused by the act or omission of CRA/LA, its Board, or any other public entity or advisory body.

## FORTY-FOURTH AFFIRMATIVE DEFENSE

297.   Pursuant to Section 820.9 of the California Government Code, CRA/LA is immune from liability, and Plaintiffs' FAC is barred to the extent it seeks relief, for any injury caused by the adoption or failure to adopt an enactment or by the failure to enforce an enactment.

## FORTY-FIFTH AFFIRMATIVE DEFENSE

298.   The relief sought by Plaintiffs is barred as violative of the Tenth Amendment to the United States Constitution as an unfunded mandate of Congress

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1   that unlawfully and improperly usurps legislative, taxing and fiscal powers left to

2   the States and their instrumentalities, including without limitation CRA/LA and its

3   duly-elected and duly-appointed officers.

4   ### FORTY-SIXTH AFFIRMATIVE DEFENSE

5   299.   The relief sought by Plaintiffs is barred on the ground and to the extent

6   that it exceeds the powers vested in Congress under Article I, Section 8 of the

7   United States Constitution to regulate interstate commerce.

8   ### FORTY-SEVENTH AFFIRMATIVE DEFENSE

9   300.   Plaintiffs are barred from maintaining this action by the principals of

10  estoppel and/or res judicata.

11  ### FORTY-EIGHTH AFFIRMATIVE DEFENSE

12  301.   Plaintiffs are barred from maintaining this action because the action is

13  barred by the applicable statute of limitations.

14  ### FORTY-NINTH AFFIRMATIVE DEFENSE

15  302.   This action is barred by failure to exhaust administrative remedies.

16  ### FIFTIETH AFFIRMATIVE DEFENSE

17  303.   The equitable action is barred by the doctrine of unclean hands.

18  ### FIFTY-FIRST AFFIRMATIVE DEFENSE

19  304.   CRA/LA alleges that Plaintiffs' FAC fails to allege facts sufficient to

20  constitute a claim for punitive damages or exemplary damages in any amount or

21  amounts whatsoever or at all.

22  ### FIFTY-SECOND AFFIRMATIVE DEFENSE

23  305.   Plaintiffs' FAC is replete with allegations that are vague,

24  argumentative, and conclusory in nature and require no responsive pleading under

25  the Federal Rules of Civil Procedure.  All such allegations are denied.

26  ### FIFTY-THIRD AFFIRMATIVE DEFENSE

27  306.   The injuries and damages Plaintiffs complain of, if any, resulted from

28  the acts and/or omissions of others, and without any fault on the part of CRA/LA.


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

### FIFTY-FOURTH AFFIRMATIVE DEFENSE

307.   CRA/LA is not required to undertake the alteration of existing facilities or construction of new facilities sought by Plaintiffs as such actions would result in undue financial and administrative burdens.

### FIFTY-FIFTH AFFIRMATIVE DEFENSE

308.   All actions of CRA/LA, or their employees, agents or representatives were undertaken in good faith and with the reasonable belief that said actions were valid, necessary and constitutionally proper.

### FIFTY-SIXTH AFFIRMATIVE DEFENSE

309.   CRA/LA's acts were privileged under applicable statutes and case law.

### FIFTY-SEVENTH AFFIRMATIVE DEFENSE

310.   Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

### FIFTY-EIGHTH AFFIRMATIVE DEFENSE

311.   Some or all of Plaintiffs' claims are moot.

### FIFTY-NINTH AFFIRMATIVE DEFENSE

312.   Plaintiffs' claims herein are precluded due to Plaintiffs' impermissibly splitting their claims and causes of action into multiple litigations.

### SIXTIETH AFFIRMATIVE DEFENSE

313.   CRA/LA is immune from Plaintiffs' claims pursuant to its adoption and implementation of a reasonable transition plan.

### SIXTY-FIRST AFFIRMATIVE DEFENSE

314.   CRA/LA, at all times, acted in good faith, without malice and under the reasonable belief that its actions were lawful.  Accordingly, CRA/LA is entitled to qualified immunity herein.

### SIXTY-SECOND AFFIRMATIVE DEFENSE

315.   CRA/LA is immune from liability as there is no duty to enforce the law.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    **SIXTY-THIRD AFFIRMATIVE DEFENSE**

2    316.   Plaintiffs failed to exhaust their administrative remedies.

3    **SIXTY-FOURTH AFFIRMATIVE DEFENSE**

4    317.   No punitive damages can be recovered as to CRA/LA.

5    **SIXTY-FIFTH AFFIRMATIVE DEFENSE**

6    318.   California Civil Code Sections 54, 54.1 and 54.3 do not apply to the

7    CRA/LA because it is not a person within the meaning of the statutory scheme.

8    **SIXTY-SIXTH AFFIRMATIVE DEFENSE**

9    319.   Plaintiffs are not entitled to recover the damages sought in the FAC

10   pursuant to California Civil Code Sections 52 and 54.3(a) because their admittance

11   to and enjoyment of the property in question was not denied or interfered with by

12   CRA/LA.

13   **SIXTY-SEVENTH AFFIRMATIVE DEFENSE**

14   320.   CRA/LA is immune from liability pursuant to the provisions of each of

15   the following California statutes, including but not limited to, Government Code

16   Sections 815, 815.2, 818, 818.2, 818.8, 820.2, 820.8, 821.4 and 822.2.

17   **SIXTY-EIGHTH AFFIRMATIVE DEFENSE**

18   321.   CRA/LA has complied with all applicable requirements of California

19   Government Code Section 7260, *et seq*. and 25 C.F.R. Section 6000, *et seq*.

20   **SIXTY-NINTH AFFIRMATIVE DEFENSE**

21   322.   Plaintiffs are not entitled to recover damages under both Section 52 and

22   Section 54.3 of the California Civil Code for the same act or failure to act.

23   **SEVENTIETH AFFIRMATIVE DEFENSE**

24   323.   CRA/LA is not liable for the conduct of any other named Defendant

25   herein.

26   **SEVENTY-FIRST AFFIRMATIVE DEFENSE**

27   324.   Plaintiffs' claims are barred in their entirety as Plaintiffs failed to

28   comply with all the requirements under the lease agreement at the subject rental

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1 | premises.

2 | **SEVENTY-SECOND AFFIRMATIVE DEFENSE**

3 |    325.   There exists legitimate non-discriminatory reasons for the alleged acts

4 | of which Plaintiffs complain.

5 | **SEVENTY-THIRD AFFIRMATIVE DEFENSE**

6 |    326.   Plaintiffs should not recover any damages because CRA/LA acted in

7 | the good-faith belief that its actions were lawful.

8 | **SEVENTY-FOURTH AFFIRMATIVE DEFENSE**

9 |    327.   The alleged acts of which Plaintiffs complain were based on reasonable

10 | factors other than Plaintiffs' race, national origin, disability, ethnicity or any other

11 | protected category under the Fair Housing Act or any other state or Federal civil

12 | rights law.

13 | **SEVENTY-FIFTH AFFIRMATIVE DEFENSE**

14 |    328.   CRA/LA's acts with respect to Plaintiffs, if any, were privileged or

15 | otherwise justified, as such activities were proper, fair and legitimate business

16 | activities, and/or business related reasons and were neither arbitrary, capricious, nor

17 | unlawful, but were undertaken to protect CRA/LA's economic interest and/or

18 | relations.

19 | **JURY DEMAND**

20 |    CRA/LA hereby demands a trial by jury.

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-5645-0831.1

37

1

<u>**PRAYER**</u>

2

WHEREFORE, Defendant CRA/LA prays for relief as follows:

3

1.      That Plaintiffs take nothing by reason of their FAC for damages;

4

2.      That judgment be entered in favor of Defendant CRA/LA;

5

3.      That no declaratory or injunctive relief be granted;

6

4.      For costs of suit incurred herein; and

7

5.      For such other and further relief as the Court deems just and proper.

8

9

DATED: June 15, 2012                    Respectfully submitted,
                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

10

11

12

13

By:      _____/s/ Melissa T. Daugherty_____
         Melissa T. Daugherty
         Juliet Antoun
         Attorneys for Defendant COMMUNITY
         REDEVELOPMENT AGENCY OF THE
         CITY OF LOS ANGELES

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

4843-5645-0831.1

38

DEFENDANT COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES' ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT