UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 12-00551 SJO (PJWx)     **DATE:** October 23, 2012

**TITLE:** Independent Living Center of Southern California et al v. City of Los Angeles California et al

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                        Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court finds these matters suitable for disposition without oral argument and vacates the hearings re the MOTION to Dismiss defendant OVERSIGHT BOARD filed by defendant Oversight Board for the CRA LA Designated Local Authority. [117], the Joint MOTION to Dismiss Case (Second Amended Complaint) filed by defendants City of Los Angeles California, Community Redevelopment Agency of the City of Los Angeles, Community Redevelopment Agency of the City of Los Angeles. [122], and the Joint MOTION for Order for Joint Motion to Dismiss Second Amended Complaint filed by defendants City of Los Angeles California, Community Redevelopment Agency of the City of Los Angeles, Community Redevelopment Agency of the City of Los Angeles. [123], set for November 5, 2012. See Fed. R. Civ. P. 78(b).