MICHAEL G. ALLEN*
D. SCOTT CHANG #146403
JAMIE L. CROOK #245757
RELMAN, DANE & COLFAX PLLC
1225 19th St. NW, Suite 600
Washington D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

* Application for admission *pro hac vice* approved by Court Order Doc. No. 15

PAULA D. PEARLMAN #109038
MARIA MICHELLE UZETA #164402
DISABILITY RIGHTS LEGAL CENTER
Loyola Public Interest Law Center
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-1496
Facsimile: (213) 736-1428
Michelle.Uzeta@lls.edu

DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsimile: (310) 434-1115
Geffenlaw@aol.com

DARA SCHUR #98638
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
Dara.Schur@disabilityrightsca.org

AUTUMN ELLIOTT #230043
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Ave., Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
Autumn.Elliott@disabilityrightsca.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, CALIFORNIA, *et al.*,<br><br>Defendants. | Case No.: 12-CV-551 FMO (PJWx)<br><br>PLAINTIFF FAIR HOUSING COUNCIL OF THE SAN FERNANDO VALLEY'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FROM DEFENDANT CITY OF LOS ANGELES<br><br>Date: April 19, 2013<br>Time: 11:00 a.m.<br>Room: Courtroom 23, Third Floor, Spring St. Courthouse – Courtroom of the Honorable Patrick J. Walsh |

Please take notice that on April 19, 2013 at 11:00 a.m., or as soon thereafter as this matter may be heard, Plaintiff Fair Housing Council of the San Fernando Valley ("Fair Housing Council") will move the Honorable Patrick J. Walsh, United States Magistrate Judge for the Central District of California, for issuance of an order compelling Defendant City of Los Angeles ("City") to provide complete responses to Fair Housing Council's First Set of Requests for Production of Documents, First Set of Interrogatories, and First Set of Requests for Admission.

Specifically, Plaintiff Fair Housing Council will move the Court for an order requiring the City to: (1) produce documents or certify that all responsive documents have been produced in response to its Requests for Production of Documents Nos. 3-17, 19, 21, 23-27, 29, 30, 32, 35, 36-40, 44, and 46; (2) provide responses to its Interrogatories Nos. 2-25; and (3) provide responses to its Requests for Admission Nos. 185 and 190.

This motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.  There is good cause to grant this motion because the information and documents sought are relevant to Fair Housing Council's claims and the City's defenses and the City has not met its burden of asserting specific objections and providing evidence supporting its objections.

This motion is based upon this notice of motion and motion, the Joint Stipulation, the declarations and exhibits attached thereto, and all other papers filed in this action.

Dated: March 22, 2013

                    Respectfully submitted,

                    /s/ Michael G. Allen
                    MICHAEL G. ALLEN*
                    D. SCOTT CHANG #146403
                    RELMAN, DANE & COLFAX PLLC
                    1225 19th St. NW, Suite 600
                    Washington D.C. 20036
                    Telephone: (202) 728-1888

|   |   |
|---|---|
| 1 | Facsimile: (202) 728-0848<br>schang@relmanlaw.com |
| 2 | *Application for admission *pro hac vice* approved by court order Doc. No. 15 |
| 3 | |
| 4 | |
| 5 | |
| 6 | **CERTIFICATE OF SERVICE**<br>**CENTRAL DISTRICT OF CALIFORNIA** |
| 7 | |
| 8 | I hereby certify that on this 22nd day of March, 2013, I filed the foregoing |
| 9 | Plaintiff Fair Housing Council of the San Fernando Valley's Notice of Motion and |
| 10 | Motion to Compel Discovery from Defendant City of Los Angeles via the Court's |
| 11 | CM/ECF filing system, which shall serve as notice of such filing on all counsel of |
| 12 | record. |
| 13 | |
| 14 | |
| 15 | /s/ Michael G. Allen |
| 16 | Michael G. Allen |