1  MICHAEL G. ALLEN*
   D. SCOTT CHANG #146403
2  JAMIE L. CROOK #245757
   RELMAN, DANE & COLFAX
3  PLLC
   1225 19th St. NW, Suite 600
4  Washington D.C. 20036
   Telephone: (202) 728-1888
5  Facsimile: (202) 728-0848
   schang@relmanlaw.com
6
   * Application for admission *pro*
7  *hac vice* approved by Court Order
   Doc. No. 15
8
   PAULA D. PEARLMAN #109038
9  MARIA MICHELLE UZETA
   #164402
10 DISABILITY RIGHTS LEGAL
   CENTER
11 Loyola Public Interest Law Center
   800 S. Figueroa Street, Suite 1120
12 Los Angeles, CA 90017
   Telephone: (213) 736-1496
13 Facsimile: (213) 736-1428
   Michelle.Uzeta@lls.edu
14

DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsimile: (310) 434-1115
Geffenlaw@aol.com

DARA SCHUR #98638
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510)267-1201
Dara.Schur@disabilityrightsca
.org

AUTUMN ELLIOTT #230043
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Ave., Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
Autumn.Elliott@disability
rightsca.org

*Attorneys for Plaintiffs*

15

16          UNITED STATES DISTRICT COURT FOR THE
17              CENTRAL DISTRICT OF CALIFORNIA
                    (WESTERN DIVISION)

18
   INDEPENDENT LIVING CENTER OF      )   Case No.: 12-CV-551 FMO (PJWx)
19 SOUTHERN CALIFORNIA, *et al.,*    )
                                     )   DECLARATION OF MICHAEL
20              Plaintiffs,          )   ALLEN IN SUPPORT OF
                                     )   PLAINTIFFS' MOTION TO
21 vs.                               )   JUDGE OLGUIN CONCERNING
                                     )   THE SCOPE OF DISCOVERY,
22 CITY OF LOS ANGELES,              )   PURSUANT TO REFERRAL BY
   CALIFORNIA, *et al.,*             )   MAGISTRATE JUDGE WALSH
23                                   )
                Defendants.          )
24 _____   )

25

26

27

28

I, *Michael G. Allen*, hereby declare as follows:

1.      I am an attorney admitted to practice in this case *pro hac vice*. I am one of the attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the matters set forth in this declaration and would competently testify to them if called upon by the Court to do so. I submit this declaration in support of Plaintiffs' Motion to Judge Olguin Concerning the Scope of Discovery, Pursuant to Referral by Judge Walsh.

2.      Attached as Exhibit 1 is a true and correct copy of Judge Olguin's Chambers Order of November 29, 2012 (Dkt. 209).

3.      Attached as Exhibit 2 is a true and correct copy of the CRA/LA Housing Roster dated September 22, 2011.

4.      Attached as Exhibit 3 is a true and correct copy of excerpts of requests for production propounded on Ocober 23, 2012 to the City of Los Angeles by Fair Housing Council of the San Fernando Valley ("FHC").

5.      Attached as Exhibit 4 is a true and correct copy of excerpts of the City's November 27, 2012 response to FHC's requests for production.

6.      Attached as Exhibit 5 is a true and correct copy of excerpts of requests for production propounded on January 10, 2013 to the City of Los Angeles by Communities Actively Living Independent and Free ("CALIF").

7.      Attached as Exhibit 6 is a true and correct copy of excerpts of the City's February 14, 2013 response to CALIF's requests for production.

8.      Attached as Exhibit 7 is a true and correct copy of excerpts of requests for production propounded on October 23, 2012 to the CRA/LA by FHC.

9.      Attached as Exhibit 8 is a true and correct copy of excerpts of CRA/LA's November 26, 2012 response to FHC's requests for production.

10.      Attached as Exhibit 9 is a true and correct copy of excerpts of requests for production propounded on January 10, 2013 to the CRA/LA by CALIF.

11.      Attached as Exhibit 10 is a true and correct copy of excerpts of

1    CRA/LA's February 12, 2013 response to CALIF's requests for production.

2      12.    Attached as Exhibit 11 is a true and correct copy of the January 8,

3    2013 letter from the undersigned to Mark Byrne, counsel for the City.

4      13.    Attached as Exhibit 12 is a true and correct copy of Mark Byrne's

5    letter of January 24, 2013, to the undersigned.

6      14.    Attached as Exhibit 13 is a true and correct copy of an e-mail

7    exchange of July 8, 2013 between Mark Byrne and Autumn Elliott, counsel for the

8    Plaintiffs.

9      15.    Attached as Exhibit 14 is a true and correct copy of the July 24, 2013,

10    Civil Minute entry by Magistrate Judge Patrick J. Walsh (Dkt. 290).  Therein, he

11    requests that the parties "present the issue to the district judge" concerning the

12    scope of the City's and CRA/LA's discovery obligations.

13      16.    On August 9, 2013, I participated in a telephonic meet-and-confer

14    session with counsel for the City, the CRA/LA and for various Owner Defendants.

15    During that session, counsel discussed various methods of presenting the issue to

16    the Court.  The undersigned indicated that Plaintiffs would proceed by way of a

17    motion to the Court, with full briefing by all interested parties.

18      17.    Attached as Exhibit 15 is a true and correct copy of the August 16,

19    2013 e-mail from undersigned advising all counsel that Plaintiffs would file such a

20    motion, and schedule it for September 19, 2013.

21      18.    Attached as Exhibit 16 is a true and correct copy of the January 11,

22    2013 letter from the undersigned to Counsel for the City.

23    I declare under penalty of perjury under the laws of the United States that

24    the foregoing is true and correct.

25    Executed on August 20, 2013 at Washington D.C.

26

27                    Michael G. Allen

28