# EXHIBIT

# 3

MICHAEL G. ALLEN*
D. SCOTT CHANG #146403
JAMIE L. CROOK #245757
RELMAN, DANE & COLFAX PLLC
1225 19th St. NW, Suite 600
Washington D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

* Admitted *pro hac vice*

PAULA D. PEARLMAN #109038
MARIA MICHELLE UZETA #164402
UMBREEN BHATTI
RLSA #801458
DISABILITY RIGHTS LEGAL CENTER
Loyola Public Interest Law Center
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-1496
Facsimile: (213) 736-1428
Michelle.Uzeta@lls.edu

DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsmilie: (310) 434-1115
Geffenlaw@aol.com

DARA SCHUR #98638
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510)267-1201
Dara.Schur@disabilityrightsca.org

AUTUMN ELLIOTT #230043
KEVIN BAYLEY #218070
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Ave., Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
Autumn.Elliott@disabilityrightsca.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, a California non-profit corporation, *et al.*,

Plaintiffs,

vs.

CITY OF LOS ANGELES, CALIFORNIA, a California municipal corporation, *et al.*,

Defendants.

CASE NO. 12-CV-551 SJO (PJWx)

PLAINTIFF FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO CITY OF LOS ANGELES

23. "Redevelopment Housing Program" means the inventory of housing built or rehabilitated with funds, land, or other assistance provided by or through the CRA/LA or the City in its capacity as successor housing agency, including any projects not yet completed.

24. "Reflect" or "reflecting" mean relating to, referring to, describing, evidencing, or constituting.

25. "Relate" or "relating to" is defined as showing, reflecting, referring to, constituting, evidencing, or concerning in any way all or any portion of the subject matter of the facts, contentions, or matter referenced in the interrogatory.

26. "Self-evaluation" means the process described at 24 C.F.R. § 8.51 and any document evidencing compliance with the obligations outlined 24 C.F.R. § 8.51.

27. "State" means the State of California.

28. "Subrecipient" means a person or entity receiving land, money, and/or any other benefit from or through CRA/LA.

29. "Uniform Federal Accessibility Standards" or "UFAS" mean the federal standards established at 24 C.F.R. Part 40, Appendix A.

30. "You," "Your" or "Defendant" refers to Defendant the City of Los Angeles, as well as its agents, partners, employees, representatives, successors and any person or entity acting or purporting to act on behalf of the City.

## INSTRUCTIONS

1. Manner of Responding. Your written response shall state, with respect to each item or category, that inspection and related activities will be permitted as requested unless the request is refused, in which event the reasons for refusal shall be stated. If the refusal relates to part of an item or category, the part shall be specified.

## REQUESTS

**Request No. 1:** Any and all governing documents for the City of Los Angeles, including, but not limited to, documents constituting the City's charter, articles of incorporation, and by-laws.

**Request No. 2:** Any and all documents that reflect the organizational structure of the City, including, but not limited to, organizational charts for the City.

**Request No. 3:** Any and all documents reflecting the City's policies and procedures regarding the use of federal funds by CRA/LA and/or any Subrecipient who is part of the Redevelopment Housing Program.

**Request No. 4:** Any and all documents reflecting the City's obligations with respect to accessibility in the Redevelopment Housing Program.

**Request No. 5:** Any and all documents reflecting the City's oversight, enforcement, and/or monitoring of the CRA/LA and/or Subrecipients.

**Request No. 6**: Any and all documents, including, but not limited to statutes, ordinances, regulations, policies, procedures, guidelines, forms, and/or certifications, concerning the distribution of Federal housing and community development funds to any entity.

**Request No. 7:** Any and all documents reflecting communications, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; and/or minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal, between you and the CRA/LA concerning the need for accessible housing within the City of Los Angeles.

**Request No. 8:** Any and all documents reflecting communications, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; and/or minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal, between you and the CRA/LA concerning accessibility with

respect to the Redevelopment Housing Program.

**Request No. 9**: Any and all documents reflecting communications, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; and/or minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal, between you and the CRA/LA concerning requests for or receipt of federal and state funds to support housing development and rehabilitation.

**Request No. 10**: Any and all documents reflecting communications, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; and/or minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal, between you and the CRA/LA concerning accessibility obligations in housing imposed by Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 11**: Any and all documents reflecting communications, including, but not limited to, e-mail correspondence; letters; minutes, logs, or notes memorializing any telephone communications; and/or minutes, logs, or notes memorializing any meetings or in-person conversations, whether formal or informal, between you and the CRA/LA concerning the City's, the CRA/LA's, and/or any Subrecipient's compliance with Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 12**: Any and all documents, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any

meetings or in-person conversations, whether formal or informal; contracts; agreements; loan and financing agreements or documents; disposition and development loan agreements; owner participation agreements; covenants to any such agreements; documents of title; notes; deeds of trust; performance deeds of trust; certificates of compliance; plans and specifications; investigation reports, surveys, and/or audits, given to, received from, or relating to, any Owner Defendant(s) concerning the need for accessible housing within the City of Los Angeles.

**Request No. 13:** Any and all documents, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; contracts; agreements; loan and financing agreements or documents; disposition and development loan agreements; owner participation agreements; covenants to any such agreements; documents of title; notes; deeds of trust; performance deeds of trust; certificates of compliance; plans and specifications; investigation reports, surveys, and/or audits, given to, received from, or relating to, any Owner Defendant(s) concerning accessibility with respect to the Redevelopment Housing Program.

**Request No. 14:** Any and all documents, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; contracts; agreements; loan and financing agreements or documents; disposition and development loan agreements; owner participation agreements; covenants to any such agreements; documents of title; notes; deeds of trust; performance deeds of trust; certificates of compliance; plans and specifications; investigation reports, surveys, and/or audits, given to, received from, or

relating to, any Owner Defendant(s) concerning requests for or receipt of federal and state funds to support housing development and rehabilitation within the Redevelopment Housing Program.

**Request No. 15**: Any and all documents, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; contracts; agreements; loan and financing agreements or documents; disposition and development loan agreements; owner participation agreements; covenants to any such agreements; documents of title; notes; deeds of trust; performance deeds of trust; certificates of compliance; plans and specifications; investigation reports, surveys, and/or audits, given to, received from, or relating to, any Owner Defendant(s) concerning accessibility obligations in housing imposed by Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 16**: Any and all documents, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; contracts; agreements; loan and financing agreements or documents; disposition and development loan agreements; owner participation agreements; covenants to any such agreements; documents of title; notes; deeds of trust; performance deeds of trust; certificates of compliance; plans and specifications; investigation reports, surveys, and/or audits, given to, received from, or relating to, any Owner Defendant(s) concerning the City's, CRA/LA's and/or any Subrecipient's compliance with Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California

Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 17**: Any and all documents by which you transferred federal housing and community development funds to the CRA/LA, as well as any documents relating to that transfer of funds.

**Request No. 18**: Any and all documents, including, but not limited to, e-mail correspondences; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; grant applications; Consolidated Plans; Consolidated Annual Performance and Evaluation Reports ("CAPERs"); Annual Action Plans; annual grantee certifications of compliance with civil rights, fair housing, and accessibility obligations; accomplishment reports; performance profile reports; expenditure reports; self-evaluations; needs assessments or transition plans; strategic plans; surveys; housing element plans and reports; reports detailing any analysis of impediments to fair housing choice; and/or other compliance reports or documents, including any supporting documents, submitted to or received from HUD, the State of California or any State agency, and/or any local government or administrative agency concerning the need for accessible housing within the City of Los Angeles.

**Request No. 19**: Any and all documents, including, but not limited to, e-mail correspondences; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; grant applications; Consolidated Plans; Consolidated Annual Performance and Evaluation Reports (CAPERs); Annual Action Plans; annual grantee certifications of compliance with civil rights, fair housing, and accessibility obligations; accomplishment reports; performance profile reports; expenditure

reports; self-evaluations; needs assessments or transition plans; strategic plans; surveys; housing element plans and reports; reports detailing any analysis of impediments to fair housing choice; and/or other compliance reports or documents, including any supporting documents, submitted to or received from HUD, the State of California or any State agency, and/or any local government or administrative agency concerning accessibility with respect to the Redevelopment Housing Program.

**Request No. 20**: Any and all documents, including, but not limited to, e-mail correspondences; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; grant applications; Consolidated Plans; Consolidated Annual Performance and Evaluation Reports (CAPERs); Annual Action Plans; annual grantee certifications of compliance with civil rights, fair housing, and accessibility obligations; accomplishment reports; performance profile reports; expenditure reports; self-evaluations; needs assessments or transition plans; strategic plans; surveys; housing element plans and reports; reports detailing any analysis of impediments to fair housing choice; and/or other compliance reports or documents, including any supporting documents, submitted to or received from HUD, the State of California or any State agency, and/or any local government or administrative agency concerning requests for or receipt of federal and state funds to support housing development and rehabilitation.

**Request No. 21**: Any and all documents, including, but not limited to, e-mail correspondences; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; grant applications; Consolidated Plans; Consolidated Annual Performance and Evaluation Reports (CAPERs); Annual Action Plans; annual grantee

**Request No. 23**: Any and all documents reflecting communications between you and any private advocacy group concerning the need for accessible housing within the City of Los Angeles.

**Request No. 24**: Any and all documents reflecting communications between you and any private advocacy group concerning accessibility with respect to the Redevelopment Housing Program.

**Request No. 25**: Any and all documents reflecting communications between you and any private advocacy group concerning accessibility obligations in housing imposed by Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 26**: Any and all documents reflecting communications between you and any private advocacy group concerning the City's, CRA/LA's and/or Subrecipients' compliance with Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 27**: Any and all documents, including, but not limited to, any financial reports, expenditure reports, annual reports, budget reports, and any supporting documents, reflecting the City's finances, revenues, and expenses relating to the Redevelopment Housing Program.

**Request No. 28**: Any and all documents, including, but not limited to, legislation, regulations, policies and procedures, and/or reports, relating to funds received through the Tax Increment Financing Program.

**Request No. 29**: Any and all documents relating to any meetings, including, but not limited to, meeting agendas, resolutions, minutes, notes, and/or audio/video recordings at which housing needs of people with disabilities within the City of Los Angeles was discussed.

**Request No. 30**: Any and all documents relating to any meetings, including, but not limited to, meeting agendas, resolutions, minutes, notes, and/or audio/video recordings at which accessibility with respect to the Redevelopment Housing Program was discussed.

**Request No. 31**: Any and all documents relating to any meetings, including, but not limited to, meeting agendas, resolutions, minutes, notes, and/or audio/video recordings at which requests for or receipt of federal and state funds to support housing development and rehabilitation was discussed.

**Request No. 32**: Any and all documents relating to any meetings, including, but not limited to, meeting agendas, resolutions, minutes, notes, and/or audio/video recordings at which accessibility obligations in housing imposed by Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135 were discussed.

**Request No. 33**: Any and all documents relating to meetings, including, but not limited to, meeting agendas, resolutions, minutes, notes, and/or audio/video recordings, at which the City's, CRA/LA's and/or Subrecipients' compliance with Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135 were discussed.

**Request No. 34**: Any and all documents reflecting or otherwise relating to any complaint made by any person or entity relating to accessibility, or lack thereof, against any Owner Defendant(s), including, but not limited to, any complaint concerning or alleging housing discrimination proscribed by federal, state, or local law; as well as any requests received by any Owner Defendant(s) relating to accessibility, including, but not limited to, a request for a reasonable accommodation or any other request for modification of the

property.

**<u>Request No. 35</u>:** Any and all documents, including, but not limited to, survey and audit reports, checklists, documents reflecting communications with inspectors or any other person or entity about compliance reports, including, but not limited to scheduling and report status, reflecting an assessment of which units within the Redevelopment Housing Program met or meet the requirements of the Uniform Federal Accessibility Standards ("UFAS").

**<u>Request No. 36</u>:** Any and all documents, including, but not limited to, building and occupancy permits, construction contracts, all change orders, correspondence, and communications between or among the architects, engineers, builders, owners, permitting authorities, contractors, subcontractors, zoning officials, and any other entity or individual with control or design approval authority, constituting the complete construction files for units within the Redevelopment Housing Program.

**<u>Request No. 37</u>:** Any and all documents, including, but not limited to, building plans and building specifications, site plans, and apartment layouts, constituting the final blueprints or final architectural drawings for multifamily housing projects within the Redevelopment Housing Program.

**<u>Request No. 38</u>:** Any and all documents, including, but not limited to contracts, correspondences, plans, specifications, notice of meetings, invoices, as well as, all drafts of building plans and building specifications, site plans, apartment layouts, and shop drawings, given to or received from any architect, civil engineer, or other design professional involved in designing multifamily housing projects within the Redevelopment Housing Program.

**<u>Request No. 39</u>:** Any and all documents, including, but not limited to, documents relating to visits to the construction site by the architect, any determination whether or not construction is proceeding in accordance with the plans, approvals of payment to contractors, and/or any determination of

amounts owed to contractors; constituting, referring, or relating to the administration of any construction contract for any multifamily housing project within the Redevelopment Housing Program by any architect.

**Request No. 40:** Any and all documents, including, but not limited to, correspondence with the building department, building permits, temporary certificates of occupancy, permanent certificates of occupancy, certificates of compliance, and other correspondence or documents given to or received from any reviewing or approving state or local governmental agency, relating to permission to build or to project approval for each multifamily housing project within the Redevelopment Housing Program.

**Request No. 41:** Any and all documents containing information pertinent to prospective renters of properties within the Redevelopment Housing Program, including, but not limited to, posters, flyers, brochures, apartment layouts, floor plans, eligibility criteria, applications, waiting lists, and/or lease agreements.

**Request No. 42:** If you are seeking indemnification, in whole or in part, for any damages or other relief claimed by Plaintiffs in this action or any cost which you may incur as a result of this litigation, provide all documents supporting your claim of indemnification.

**Request No. 43**: Any all documents referred to, identified in, or that are responsive to any interrogatories propounded by Plaintiffs, as well as any documents that you identified, reviewed, consulted, and/or relied upon in responding to any interrogatory propounded by Plaintiffs.

**Request No. 44:** Any and all documents relating to any statements given by any person that relate to this lawsuit in any manner.

**Request No. 45:** Any and all documents received from or given to you and/or your counsel by any person, other than a party to this lawsuit, whom you intend to call, or may call, as a witness in this lawsuit.

**Request No. 46**: Any and all documents that you relied on, in any way, in evaluating or preparing your defense to this litigation.

**Request No. 47**: Any and all documents relied upon by, received from, or provided to your consultants or testifying experts in this matter.

Dated: October 23, 2012

Respectfully submitted,

Michael Allen /AP

MICHAEL G. ALLEN*
D. SCOTT CHANG #146403
JAMIE L. CROOK #245757
RELMAN, DANE & COLFAX PLLC
1225 19th St. NW, Suite 600
Washington D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

* Admitted *pro hac vice*

Paula Pearlman /AP

PAULA D. PEARLMAN #109038
MARIA MICHELLE UZETA #164402
UMBREEN BHATTI
RLSA #801458
DISABILITY RIGHTS LEGAL CENTER
Loyola Public Interest Law Center
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-1496
Facsimile: (213) 736-1428
Michelle.Uzeta@lls.edu

David Geffen /AP

DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsmilie: (310) 434-1115
Geffenlaw@aol.com

/s/ Dara Schur /AP

DARA SCHUR #98638
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510)267-1201
Dara.Schur@disabilityrightsca
.org

/s/ Autumn Elliot /AP

AUTUMN ELLIOTT #230043
KEVIN BAYLEY #218070
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Ave., Suite 290
Los Angeles, CA 90010-2512
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
Autumn.Elliott@disabilityrightsca.org

Attorneys for Plaintiffs

- 23 -
*Independent Living Center of Southern California, et al v. City of Los Angeles, et al.*
*Plaintiff Fair Housing Council of San Fernando Valley's First Set of Requests for Production of Documents to City of Los Angeles*

# CERTIFICATE OF SERVICE
# CENTRAL DISTRICT OF CALIFORNIA

I hereby certify that on this 23rd day of October, 2012, via first class mail and electronic mail, I served the foregoing Plaintiff Fair Housing Council of San Fernando Valley's First Set of Requests for Production of Documents to City of Los Angeles, on the following counsel of record:

Mark Byrne
Jennifer Derwin
BYRNE AND NIXON
800 West 6th Street, Suite 430
Los Angeles, California 90017
markbyrne@byrnenixon.com
jenniferderwin@byrnenixon.com

Attorneys for Defendant City of Los Angeles

Melissa T. Daugherty
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012
daugherty@lbbslaw.com

Attorney for Defendant Community Redevelopment Agency for the City of Los Angeles

Jia M. Cobb