# EXHIBIT 5

1  MICHAEL G. ALLEN*
   D. SCOTT CHANG #146403
2  JAMIE L. CROOK #245757
   RELMAN, DANE & COLFAX
3  PLLC
   1225 19th St. NW, Suite 600
4  Washington D.C. 20036
   Telephone: (202) 728-1888
5  Facsimile: (202) 728-0848
   schang@relmanlaw.com
6
   * Admitted *pro hac vice*
7
   PAULA D. PEARLMAN #109038
8  MARIA MICHELLE UZETA
   #164402
9  UMBREEN BHATTI
   RLSA #801458
10 DISABILITY RIGHTS LEGAL
   CENTER
11 Loyola Public Interest Law Center
   800 S. Figueroa Street, Suite 1120
12 Los Angeles, CA 90017
   Telephone: (213) 736-1496
13 Facsimile: (213) 736-1428
   Michelle.Uzeta@lls.edu

DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsmilie: (310) 434-1115
Geffenlaw@aol.com

DARA SCHUR #98638
DISABILITY RIGHTS
CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510)267-1201
Dara.Schur@disabilityrightsca.org

AUTUMN ELLIOTT #230043
KEVIN BAYLEY #218070
DISABILITY RIGHTS
CALIFORNIA
350 S. Bixel Ave., Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
Autumn.Elliott@disabilityrightsca.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, a California non-profit corporation, *et al.*,<br><br>               Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, CALIFORNIA, a California municipal corporation, *et al.,*<br><br>               Defendants.<br>_____ | CASE NO. 12-CV-551 SJO (PJWx)<br><br>PLAINTIFF COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE'S FIRST SET OF REQUESTS FOR PRODUCTION TO THE CITY OF LOS ANGELES |

| | | |
|---|---|---|
| PROPOUNDING PARTY: | COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE ("CALIF") | |
| RESPONDING PARTY: | CITY OF LOS ANGELES | |
| SET NUMBER: | One (1) | |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE ("CALIF") requests that Defendant CITY OF LOS ANGELES (the "City") produce and make available the following documents and electronically stored information, within 30 days after service of the same.

## DEFINITIONS

For the purposes of these requests the following definitions apply:

1. "Affordable rental housing" means housing affordable to households with incomes at or below 80% of Area Median Income.

2. "Area Median Income" means the income determined by HUD to reflect the median income of a household in the Los Angeles Metropolitan Statistical Area.

3. "City of Los Angeles" and "City" mean the incorporated city of Los Angeles, California.

4. "Community Redevelopment Agency for the City of Los Angeles" and "CRA/LA" means that entity authorized under California law to conduct redevelopment activities in the City of Los Angeles, and any successor agency.

5. "Redevelopment Housing Program" means the inventory of housing built or rehabilitated with funds, land, or other assistance provided by or through the CRA/LA or the City in its capacity as successor housing agency, including any projects not yet completed.

6. "Nominal Defendants" or "Owner Defendants" refer to the 61

**Request No. 17**: Completed Project Information Forms for any development in the Redevelopment Housing Program.

**Request No. 18**: All data or information regarding any project in the Redevelopment Housing Program contained in the Integrated Disbursement Information Systems (IDIS).

**Request No. 19**: Any and all transmittal (as referenced at LAC 0008456-8477) regarding any project in the Redevelopment Housing Program.

**Request No. 20**: Any and all documents referenced in your initial disclosures and any supplemental disclosures.

**Request No. 21**: Any and all documents related to property condition analyses and post-construction reviews of any housing project listed in ¶184 of Plaintiffs' Second Amended Complaint.

**Request No. 22**: Any and all documents related to any training regarding Section 504 of the Rehabilitation Act (and/or HUD's implementing regulations at 24 C.F.R. Part 8), the Americans with Disabilities Act, and/or California Government Code §11135, in whole or part, hosted, sponsored, staffed, or instructed in whole or part by the City.

**Request No. 23**: Any and all documents that constitute, comprise, or relate to contracts or agreements with the City that set forth the scope of work for any housing project listed in ¶184 of Plaintiffs' Second Amended Complaint and responsibilities for compliance with Section 504 of the Rehabilitation Act (and/or HUD's implementing regulations at 24 C.F.R. Part 8), the Americans with Disabilities Act, and/or California Government Code §11135.

| | |
|---|---|
| 1  Dated: January 10, 2013 | Respectfully submitted, |
| 2 | |
| 3 | */s/ Michael G. Allen* |
| 4 | MICHAEL G. ALLEN* |
| 5 | D. SCOTT CHANG #146403 |
|   | JAMIE L. CROOK #245757 |
| 6 | RELMAN, DANE & COLFAX PLLC |
|   | 1225 19th St. NW, Suite 600 |
| 7 | Washington D.C. 20036 |
|   | Telephone: (202) 728-1888 |
| 8 | Facsimile: (202) 728-0848 |
|   | schang@relmanlaw.com |
| 9 | |
| 10 | * Admitted *pro hac vice* |
| 11 | */s/ Paula Pearlman / AP* |
|   | PAULA D. PEARLMAN #109038 |
| 12 | MARIA MICHELLE UZETA |
|   | #164402 |
| 13 | UMBREEN BHATTI |
|   | RLSA #801458 |
| 14 | DISABILITY RIGHTS LEGAL |
|   | CENTER |
| 15 | Loyola Public Interest Law Center |
|   | 800 S. Figueroa Street, Suite 1120 |
| 16 | Los Angeles, CA 90017 |
|   | Telephone: (213) 736-1496 |
| 17 | Facsimile: (213) 736-1428 |
|   | Michelle.Uzeta@lls.edu |
| 18 | |
| 19 | */s/ David Geffen / AP* |
|   | DAVID GEFFEN #129342 |
| 20 | DAVID GEFFEN LAW FIRM |
|   | 530 Wilshire Blvd., Suite 205 |
| 21 | Santa Monica, CA 90401 |
|   | Telephone: (310) 434-1111 |
| 22 | Facsmilie: (310) 434-1115 |
|   | Geffenlaw@aol.com |
| 23 | |
| 24 | */s/ Dara Schur / AP* |
|   | DARA SCHUR #98638 |
| 25 | DISABILITY RIGHTS CALIFORNIA |
|   | 1330 Broadway, Suite 500 |
| 26 | Oakland, CA 94612 |
|   | Telephone: (510) 267-1200 |
| 27 | Facsimile: (510)267-1201 |
|   | Dara.Schur@disabilityrightsca |
| 28 | .org |

1
2                                             *Autumn Elliott /AP*
                                              AUTUMN ELLIOTT #230043
3                                             KEVIN BAYLEY #218070
                                              DISABILITY RIGHTS CALIFORNIA
4                                             350 S. Bixel Ave., Suite 290
                                              Los Angeles, CA 90010-2512
5                                             Telephone: (213) 213-8000
                                              Facsimile: (213) 213-8001
6                                             Autumn.Elliott@disabilityrightsca.org

7
                                              Attorneys for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**
**CENTRAL DISTRICT OF CALIFORNIA**

I hereby certify that on this 10th day of January, 2013, via first class mail and electronic mail, I served the foregoing Plaintiff Communities Actively Living Independent and Free's First Set of Requests for Production to the City of Los Angeles, on the following counsel of record:

Mark Byrne
Jennifer Derwin
BYRNE AND NIXON
888 West 6th Street, Suite 1100
Los Angeles, California 90017
markbyrne@byrnenixon.com
jenniferderwin@byrnenixon.com

Attorneys for Defendant City of Los Angeles

Melissa T. Daugherty
Juliet A. Antoun
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012
daugherty@lbbslaw.com
jattalla@lbbslaw.com

Karen A. Feld
Lewis Brisbois Bisgaard & Smith LLP
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
kfeld@lbbslaw.com

Attorneys for Defendant Community Redevelopment Agency for the City of Los Angeles

_____
Allison Pincus