# EXHIBIT

# 7

| | |
|---|---|
| 1    MICHAEL G. ALLEN* | DAVID GEFFEN #129342 |
|       D. SCOTT CHANG #146403 | DAVID GEFFEN LAW FIRM |
| 2    JAMIE L. CROOK #245757 | 530 Wilshire Blvd., Suite 205 |
|       RELMAN, DANE & COLFAX | Santa Monica, CA 90401 |
| 3    PLLC | Telephone: (310) 434-1111 |
|       1225 19th St. NW, Suite 600 | Facsmilie: (310) 434-1115 |
| 4    Washington D.C. 20036 | Geffenlaw@aol.com |
|       Telephone: (202) 728-1888 | |
| 5    Facsimile: (202) 728-0848 | DARA SCHUR #98638 |
|       schang@relmanlaw.com | DISABILITY RIGHTS |
| 6 | CALIFORNIA |
|       * Admitted *pro hac vice* | 1330 Broadway, Suite 500 |
| 7 | Oakland, CA 94612 |
|       PAULA D. PEARLMAN #109038 | Telephone: (510) 267-1200 |
| 8    MARIA MICHELLE UZETA | Facsimile: (510)267-1201 |
|       #164402 | Dara.Schur@disabilityrightsca |
| 9    UMBREEN BHATTI | .org |
|       RLSA #801458 | |
| 10   DISABILITY RIGHTS LEGAL | AUTUMN ELLIOTT #230043 |
|       CENTER | KEVIN BAYLEY #218070 |
| 11   Loyola Public Interest Law Center | DISABILITY RIGHTS |
|       800 S. Figueroa Street, Suite 1120 | CALIFORNIA |
| 12   Los Angeles, CA 90017 | 350 S. Bixel Ave., Suite 290 |
|       Telephone: (213) 736-1496 | Los Angeles, CA 90017 |
| 13   Facsimile: (213) 736-1428 | Telephone: (213) 213-8000 |
|       Michelle.Uzeta@lls.edu | Facsimile: (213) 213-8001 |
| 14 | Autumn.Elliott@disability |
| | rightsca.org |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, a California non-profit corporation, *et al.*, | CASE NO. 12-CV-551 SJO (PJWx) |
| Plaintiffs, | PLAINTIFF FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO CRA/LA, A DESIGNATED LOCAL AUTHORITY, SUCCESSOR TO COMMUNITY REDEVELOPMENT AGENCY FOR THE CITY OF LOS ANGELES (ABX1 26) |
| vs. | |
| CITY OF LOS ANGELES, CALIFORNIA, a California municipal corporation, *et al.*, | |
| Defendants. | |

- 1 -
*Independent Living Center of Southern California, et al v. City of Los Angeles, et al.*
*Plaintiff Fair Housing Council of San Fernando Valley's First Set of Requests for Production of Documents to CRA/LA*

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | FAIR HOUSING COUNCIL OF SAN |
| 2 | | FERNANDO VALLEY |
| 3 | RESPONDING PARTY: | CRA/LA, A DESIGNATED LOCAL |
| 4 | | AUTHORITY, SUCCESSOR TO |
| 5 | | COMMUNITY REDEVELOPMENT |
| 6 | | AGENCY FOR THE CITY OF LOS |
| 7 | | ANGELES (ABX126) |
| 8 | SET NUMBER: | One (1) |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY requests that Defendant CRA/LA, A DESIGNATED LOCAL AUTHORITY, SUCCESSOR TO COMMUNITY REDEVELOPMENT AGENCY FOR THE CITY OF LOS ANGELES (ABX1 26) (the "CRA/LA") produce and make available the following documents and electronically stored information, within 30 days after service of the same.

## DEFINITIONS

For the purposes of these requests the following definitions apply:

1. "Accessible" and "Accessibility" with respect to the Redevelopment Housing Program, housing within the City of Los Angeles, and/or residential units and common areas means that the housing facility, residential unit, and/or common area when designed, constructed, altered or adapted can be approached, entered, and used by individuals with physical handicaps

2. "Affordable rental housing" means housing affordable to households with incomes at or below 80% of Area Median Income.

3. "Area Median Income" means the income determined by HUD to reflect the median income of a household in the Los Angeles Metropolitan Statistical Area.

policy, and/or influence the allocation of resources with respect to a particular issue or cause.

22. "Reasonable accommodation" as used herein is defined as a modification, change, or alteration of rules, policies, practices, or services, when such modification, change or alteration may be necessary to afford a person equal opportunity to use and enjoy a dwelling.

23. "Redevelopment Housing Program" means the inventory of housing built or rehabilitated with funds, land, or other assistance provided by or through the CRA/LA or the City in its capacity as successor housing agency, including any projects not yet completed.

24. "Reflect" or "reflecting" mean relating to, referring to, describing, evidencing, or constituting.

25. "Relate" or "relating to" is defined as showing, reflecting, referring to, constituting, evidencing, or concerning in any way all or any portion of the subject matter of the facts, contentions, or matter referenced in the interrogatory.

26. "Self-evaluation" means the process described at 24 C.F.R. § 8.51 and any document evidencing compliance with the obligations outlined 24 C.F.R. § 8.51.

27. "State" means the State of California.

28. "Subrecipient" means a person or entity receiving land, money, and/or any other benefit from or through CRA/LA.

29. "Uniform Federal Accessibility Standards" or "UFAS" mean the federal standards established at 24 C.F.R. Part 40, Appendix A.

30. "You," "Your" or "Defendant" refers to Defendant CRA/LA, as well as its agents, partners, employees, representatives, successors and any person or entity acting or purporting to act on behalf of the CRA/LA.

1  disposal, the manner of its disposal, the reason for its disposal, the person
2  authorizing its disposal, and the person disposing of the document or
3  electronically stored information.
4
5                          **REQUESTS**
6  **Request No. 1:** Any and all governing documents for the CRA/LA, including,
7  but not limited to, authorizing legislation, regulations, and/or documents that
8  set forth the purpose and operation of the CRA/LA and the duties and
9  responsibilities of its officers.
10 **Request No. 2:** Any and all documents that reflect the organizational structure
11 of the CRA/LA, including, but not limited to, organizational charts and
12 documents that reflect reporting relationships within the CRA/LA.
13 **Request No. 3:** Any and all documents reflecting the CRA/LA's policies and
14 procedures regarding how federal funds may be used by any Subrecipient who
15 is part of the Redevelopment Housing Program.
16 **Request No. 4:** Any and all documents reflecting any Subrecipient's
17 obligations with respect to accessibility in the Redevelopment Housing
18 Program.
19 **Request No. 5:** Any and all documents reflecting the CRA/LA's oversight,
20 enforcement, and/or monitoring of Subrecipients with respect to accessibility
21 issues within the Redevelopment Housing Program.
22 **Request No. 6:** Any and all documents reflecting communications, including,
23 but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes
24 memorializing any telephone communications; and/or minutes, logs, and/or
25 notes memorializing any meetings or in-person conversations, whether formal
26 or informal, between you and the City concerning the need for accessible
27 housing within the City of Los Angeles.
28

1 **Request No. 7:** Any and all documents reflecting communications, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; and/or minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal, between you and the City concerning accessibility with respect to the Redevelopment Housing Program.

**Request No. 8:** Any and all documents reflecting communications, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; and/or minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal, between you and the City concerning requests for or receipt of federal and state funds to support housing development and rehabilitation.

**Request No. 9:** Any and all documents reflecting communications, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; and/or minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal, between you and the City concerning accessibility obligations in housing imposed by Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 10:** Any and all documents reflecting communications, including, but not limited to, e-mail correspondences; letters; minutes, logs, and/or notes memorializing any telephone communications; and/or minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal, between you and the City concerning the CRA/LA's and/or any Subrecipient's compliance with Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or

California Government Code § 11135.

**Request No. 11:** Any and all documents, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; contracts; agreements; loan and financing agreements or documents; disposition and development loan agreements; owner participation agreements; covenants to any such agreements; documents of title; notes; deeds of trust; performance deeds of trust; certificates of compliance; plans and specifications; investigation reports, surveys, and/or audits, given to, received from, or relating to, any Owner Defendant(s) concerning the need for accessible housing within the City of Los Angeles.

**Request No. 12:** Any and all documents, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; contracts; agreements; loan and financing agreements or documents; disposition and development loan agreements; owner participation agreements; covenants to any such agreements; documents of title; notes; deeds of trust; performance deeds of trust; certificates of compliance; plans and specifications; investigation reports, surveys, and/or audits, given to, received from, or relating to, any Owner Defendant(s) concerning accessibility with respect to the Redevelopment Housing Program.

**Request No. 13:** Any and all documents, including, but not limited to, e-mail correspondence; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; contracts; agreements; loan and financing agreements or documents; disposition and

1  development loan agreements; owner participation agreements; covenants to
2  any such agreements; documents of title; notes; deeds of trust; performance
3  deeds of trust; certificates of compliance; plans and specifications;
4  investigation reports, surveys, and/or audits, given to, received from, or
5  relating to, any Owner Defendant(s) concerning requests for or receipt of
6  federal and state funds to support housing development and rehabilitation
7  within the Redevelopment Housing Program.
8  **Request No. 14:** Any and all documents, including, but not limited to, e-mail
9  correspondence; letters; minutes, logs, and/or notes memorializing any
10 telephone communications; minutes, logs, and/or notes memorializing any
11 meetings or in-person conversations, whether formal or informal; contracts;
12 agreements; loan and financing agreements or documents; disposition and
13 development loan agreements; owner participation agreements; covenants to
14 any such agreements; documents of title; notes; deeds of trust; performance
15 deeds of trust; certificates of compliance; plans and specifications;
16 investigation reports, surveys, and/or, audits given to, received from, or
17 relating to, any Owner Defendant(s) concerning accessibility obligations in
18 housing imposed by Section 504 of the Rehabilitation Act, the Americans with
19 Disabilities Act, the Federal Fair Housing Act, the California Fair
20 Employment and Housing Act, and/or California Government Code § 11135.
21 **Request No. 15:** Any and all documents, including, but not limited to, e-mail
22 correspondence; letters; minutes, logs, and/or notes memorializing any
23 telephone communications; minutes, logs, and/or notes memorializing any
24 meetings or in-person conversations, whether formal or informal; contracts;
25 agreements; loan and financing agreements or documents; disposition and
26 development loan agreements; owner participation agreements; covenants to
27 any such agreements; documents of title; notes; deeds of trust; performance
28 deeds of trust; certificates of compliance; plans and specifications;

investigation reports, surveys, and/or audits, given to, received from, or relating to, any Owner Defendant(s) concerning any Subrecipient's compliance with Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 16:** Any and all documents that you have provided to any Owner Defendant(s) that disclose, state, or otherwise indicate that funding or financing through CRA/LA for the Owner Defendant's property included federal housing and community development funds.

**Request No. 17:** Any and all documents by which the City transferred federal housing and community development funds to you.

**Request No. 18:** Any and all documents, including, but not limited to, e-mail correspondences; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; grant applications; Consolidated Plans; Consolidated Annual Performance and Evaluation Reports (CAPERs); Annual Action Plans; annual grantee certifications of compliance with civil rights, fair housing, and accessibility obligations; accomplishment reports; performance profile reports; expenditure reports; self-evaluations; needs assessments or transition plans; strategic plans; surveys; housing element plans and reports; reports detailing any analysis of impediments to fair housing choice; and/or other compliance reports or documents, including any supporting documents, submitted to or received from HUD, the State of California or any State agency, and/or any local government or administrative agency concerning the need for accessible housing within the City of Los Angeles.

**Request No. 19:** Any and all documents, including, but not limited to, e-mail correspondences; letters; minutes, logs, and/or notes memorializing any

telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; grant applications; Consolidated Plans; Consolidated Annual Performance and Evaluation Reports (CAPERs); Annual Action Plans; annual grantee certifications of compliance with civil rights, fair housing, and accessibility obligations; accomplishment reports; performance profile reports; expenditure reports; self-evaluations; needs assessments or transition plans; strategic plans; surveys; housing element plans and reports; reports detailing any analysis of impediments to fair housing choice; and/or other compliance reports or documents, including any supporting documents, submitted to or received from HUD, the State of California or any State agency, and/or any local government or administrative agency concerning accessibility with respect to the Redevelopment Housing Program.

**Request No. 20:** Any and all documents, including, but not limited to, e-mail correspondences; letters; minutes, logs, and/or notes memorializing any telephone communications; minutes, logs, and/or notes memorializing any meetings or in-person conversations, whether formal or informal; grant applications; Consolidated Plans; Consolidated Annual Performance and Evaluation Reports (CAPERs); Annual Action Plans; annual grantee certifications of compliance with civil rights, fair housing, and accessibility obligations; accomplishment reports; performance profile reports; expenditure reports; self-evaluations; needs assessments or transition plans; strategic plans; surveys; housing element plans and reports; reports detailing any analysis of impediments to fair housing choice; and/or other compliance reports or documents, including any supporting documents, submitted to or received from HUD, the State of California or any State agency, and/or any local government or administrative agency concerning requests for or receipt of federal and state funds to support housing development and rehabilitation.

documents, including any supporting documents, submitted to or received from HUD and/or the State of California or any State agency concerning the CRA/LA's and/or any Subrecipient's compliance with Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 23:** Any and all documents reflecting communications between you and any private advocacy group concerning the need for accessible housing within the City of Los Angeles.

**Request No. 24:** Any and all documents reflecting communications between you and any private advocacy group concerning accessibility with respect to the Redevelopment Housing Program.

**Request No. 25:** Any and all documents reflecting communications between you and any private advocacy group concerning accessibility obligations in housing imposed by Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 26:** Any and all documents reflecting communications between you and any private advocacy group concerning the CRA/LA's and/or any Subrecipient's compliance with Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135.

**Request No. 27:** Any and all documents, including, but not limited to, any financial reports, expenditure reports, annual reports, budget reports, documents relating to participation in bond programs, as well as any supporting documents, reflecting the CRA/LA's finances, revenues, and expenses relating to the Redevelopment Housing Program.

1 **Request No. 28:** Any and all documents, including, but not limited to,
2 legislation, regulations, policies and procedures, and/or reports, relating to
3 funds received through the Tax Increment Financing Program.
4 **Request No. 29:** Any and all documents relating to any meetings, including,
5 but not limited to, meeting agendas, resolutions, minutes, notes, and/or
6 audio/video recordings at which housing needs of people with disabilities
7 within the City of Los Angeles was discussed, including any meetings of
8 CRA/LA's Successor Governing Board and CRA/LA's Oversight Board.
9 **Request No. 30:** Any and all documents relating to any meetings, including,
10 but not limited to, meeting agendas, resolutions, minutes, notes, and/or
11 audio/video recordings at which accessibility with respect to the
12 Redevelopment Housing Program was discussed, including any meetings of
13 CRA/LA's Successor Governing Board and CRA/LA's Oversight Board.
14 **Request No. 31:** Any and all documents relating to any meetings, including,
15 but not limited to, meeting agendas, resolutions, minutes, notes, and/or
16 audio/video recordings at which requests for or receipt of federal and state
17 funds to support housing development and rehabilitation was discussed,
18 including any meetings of CRA/LA's Successor Governing Board and
19 CRA/LA's Oversight Board.
20 **Request No. 32:** Any and all draft or final resolutions, minutes, meeting
21 agendas, bylaws, articles of incorporation, and/or staff reports and attachments
22 adopted by, presented to, or related to the Oversight Board, including the
23 Resolutions adopted at the May 2, 2012 initial meeting, which include, but are
24 not limited to the Resolution Initiating the Oversight Board for the CRA/LA,
25 Resolution Adopting Bylaws of the CRA/LA, and Resolution Adopting Rules
26 and Regulations for Public Participation and Conduct.
27 **Request No. 33:** Any and all draft or final resolutions, minutes, meeting
28 agendas, bylaws, articles of incorporation, staff reports and attachments,

adopted by, presented to, or related to the CRA/LA, including the resolutions adopted at the February 3, 2012 initial meeting, which include, but are not limited to, the Resolution Initiating the CRA/LA, Resolution Adopting Bylaws of the CRA/LA, Resolution Approving and Ratifying the Selection of Officers and General Counsel, Resolution Adopting Delegation of Authority, and the Resolution Adopting Rules and Regulations for Public Participation and Conduct.

**Request No. 34:** Any and all documents related to the transfer of housing obligations, assets, liabilities, and responsibilities from CRA to the CRA/LA DLA pursuant to ABx1 26 (2011) and AB 1484 (2012).

**Request No. 35:** Any and all documents relating to the transfer or status of any housing project, building, or plan for any housing project or building, since May, 2012.

**Request No. 36:** Any and all documents related to any housing or litigation obligations listed on either a pending or approved Recognized Payment Obligation Schedule ("ROPS").

**Request No. 37:** Any and all documents relating to any meetings, including, but not limited to, meeting agendas, resolutions, minutes, notes, and/or audio/video recordings at which accessibility obligations in housing imposed by Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Federal Fair Housing Act, the California Fair Employment and Housing Act, and/or California Government Code § 11135, including any meetings of CRA/LA's Successor Governing Board and CRA/LA's Oversight Board were discussed.

**Request No. 38:** Any and all documents relating to meetings, including, but not limited to, meeting agendas, resolutions, minutes, notes, and/or audio/video recordings, at which the CRA/LA's and/or Subrecipients' compliance with Section 504 of the Rehabilitation Act, the Americans with

1  Disabilities Act, the Federal Fair Housing Act, the California Fair
2  Employment and Housing Act, and/or California Government Code § 11135
3  was discussed, including any meetings of CRA/LA's Successor Governing
4  Board and CRA/LA's Oversight Board.
5  **Request No. 39:** Any and all documents reflecting or otherwise relating to any
6  complaint made by any person or entity relating to accessibility, or lack
7  thereof, against any Owner Defendant(s), including, but not limited to, any
8  complaint concerning or alleging housing discrimination proscribed by
9  federal, state, or local law, as well as any documents reflecting any sanctions
10 imposed as a result of any such complaint.
11 **Request No. 40:** Any and all documents in your possession reflecting requests
12 received by any Owner Defendant(s) relating to accessibility, including, but
13 not limited to, a request for a reasonable accommodation or any other request
14 for modification of the property.
15 **Request No. 41:** Any and all documents, including, but not limited to, survey
16 and audit reports, checklists, and/or documents reflecting communications
17 with inspectors or any other person or entity about compliance reports,
18 including, but not limited to scheduling and report status, reflecting an
19 assessment of which units within the Redevelopment Housing Program met or
20 meet the requirements of the Uniform Federal Accessibility Standards
21 ("UFAS").
22 **Request No. 42:** Any and all documents, including, but not limited to,
23 building and occupancy permits, construction contracts, accessibility waivers
24 for state or federal accessibility compliance, all change orders,
25 correspondence, and communications between or among the architects,
26 engineers, builders, owners, permitting authorities, contractors, subcontractors,
27 zoning officials, and any other entity or individual with control or design
28 approval authority, constituting the complete construction files for units and

1 common areas within the Redevelopment Housing Program.

2 **Request No. 43:** Any and all documents, including, but not limited to, building plans and building specifications, site plans, and apartment layouts, constituting the final blueprints or final architectural drawings for housing projects within the Redevelopment Housing Program.

6 **Request No. 44:** Any and all documents, including, but not limited to contracts, correspondences, plans, specifications, notice of meetings, invoices, as well as, all drafts of building plans and building specifications, site plans, apartment layouts, and shop drawings, given to or received from any architect, civil engineer or other design professional involved in designing housing projects within the Redevelopment Housing Program.

12 **Request No. 45:** Any and all documents, including, but not limited to, documents relating to visits to the construction site by the architect, any determination whether or not construction is proceeding in accordance with the plans, approvals of payment to contractors, and/or any determination of amounts owed to contractors; constituting, referring, or relating to the administration of any construction contract for any housing project within the Redevelopment Housing Program by any architect.

19 **Request No. 46:** Any and all documents relating to the cost of retrofitting any unit and common area within the Redevelopment Housing Program to improve accessibility and adaptability for use by people with disabilities.

22 **Request No. 47:** Any and all documents, including, but not limited to, posters, flyers, brochures, apartment layouts, floor plans, eligibility criteria, applications, waiting lists, and/or lease agreements, containing information pertinent to prospective renters of properties within the Redevelopment Housing Program.

27 **Request No. 48:** If you are seeking indemnification, in whole or in part, for any damages or other relief claimed by Plaintiffs in this action or any cost

| | |
|---|---|
| 1 | Dated: October 23, 2012 |
| 2 | Respectfully submitted, |

*/s/ Michael Allen /AP*
MICHAEL G. ALLEN*
D. SCOTT CHANG #146403
JAMIE L. CROOK #245757
RELMAN, DANE & COLFAX PLLC
1225 19th St. NW, Suite 600
Washington D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

* Admitted *pro hac vice*

*/s/ Paula Pearlman /AP*
PAULA D. PEARLMAN #109038
MARIA MICHELLE UZETA #164402
UMBREEN BHATTI
RLSA #801458
DISABILITY RIGHTS LEGAL CENTER
Loyola Public Interest Law Center
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-1496
Facsimile: (213) 736-1428
Michelle.Uzeta@lls.edu

*/s/ David Geffen /AP*
DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsmilie: (310) 434-1115
Geffenlaw@aol.com

*/s/ Dara Schur /AP*
DARA SCHUR #98638
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510)267-1201
Dara.Schur@disabilityrightsca.org

- 23 -

- 24 -

1

2      _____Autumn Elliot /AP_____
       **AUTUMN ELLIOTT #230043**
3      **KEVIN BAYLEY #218070**
       **DISABILITY RIGHTS CALIFORNIA**
4      350 S. Bixel Ave., Suite 290
       Los Angeles, CA 90010-2512
5      Telephone: (213) 213-8000
       Facsimile: (213) 213-8001
6      Autumn.Elliott@disabilityrightsca.org

7
       **Attorneys for Plaintiffs**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE
## CENTRAL DISTRICT OF CALIFORNIA

I hereby certify that on this 23rd day of October, 2012, via first class mail and electronic mail, I served the foregoing Plaintiff Fair Housing Council of San Fernando Valley's First Requests for Production of Documents to CRA/LA, a Designated Local Authority, Successor to Community Redevelopment Agency for the City of Los Angeles, on the following counsel of record:

Mark Byrne
Jennifer Derwin
BYRNE AND NIXON
800 West 6th Street, Suite 430
Los Angeles, California 90017
markbyrne@byrnenixon.com
jenniferderwin@byrnenixon.com

Attorneys for Defendant City of Los Angeles

Melissa T. Daugherty
Juliet A. Antoun
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012
daugherty@lbbslaw.com
jattalla@lbbslaw.com

Attorneys for Defendant Community Redevelopment Agency for the City of Los Angeles

Jia M. Cobb