# EXHIBIT 9

| | |
|---|---|
| MICHAEL G. ALLEN* | DAVID GEFFEN #129342 |
| D. SCOTT CHANG #146403 | DAVID GEFFEN LAW FIRM |
| JAMIE L. CROOK #245757 | 530 Wilshire Blvd., Suite 205 |
| RELMAN, DANE & COLFAX PLLC | Santa Monica, CA 90401 |
| 1225 19th St. NW, Suite 600 | Telephone: (310) 434-1111 |
| Washington D.C. 20036 | Facsmilie: (310) 434-1115 |
| Telephone: (202) 728-1888 | Geffenlaw@aol.com |
| Facsimile: (202) 728-0848 | |
| schang@relmanlaw.com | DARA SCHUR #98638 |
| | DISABILITY RIGHTS CALIFORNIA |
| * Admitted *pro hac vice* | 1330 Broadway, Suite 500 |
| | Oakland, CA 94612 |
| PAULA D. PEARLMAN #109038 | Telephone: (510) 267-1200 |
| MARIA MICHELLE UZETA #164402 | Facsimile: (510)267-1201 |
| UMBREEN BHATTI | Dara.Schur@disabilityrightsca.org |
| RLSA #801458 | |
| DISABILITY RIGHTS LEGAL CENTER | AUTUMN ELLIOTT #230043 |
| Loyola Public Interest Law Center | KEVIN BAYLEY #218070 |
| 800 S. Figueroa Street, Suite 1120 | DISABILITY RIGHTS CALIFORNIA |
| Los Angeles, CA 90017 | 350 S. Bixel Ave., Suite 290 |
| Telephone: (213) 736-1496 | Los Angeles, CA 90017 |
| Facsimile: (213) 736-1428 | Telephone: (213) 213-8000 |
| Michelle.Uzeta@lls.edu | Facsimile: (213) 213-8001 |
| | Autumn.Elliott@disabilityrightsca.org |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, a California non-profit corporation, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, CALIFORNIA, a California municipal corporation, *et al.,* <br><br> Defendants. <br> _____ | CASE NO. 12-CV-551 SJO (PJWx) <br><br> PLAINTIFF COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE'S FIRST SET OF REQUESTS FOR PRODUCTION TO CRA/LA, A DESIGNATED LOCAL AUTHORITY, SUCCESSOR TO COMMUNITY REDEVELOPMENT AGENCY FOR THE CITY OF LOS ANGELES |

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | COMMUNITIES ACTIVELY LIVING |
| 2 | | INDEPENDENT AND FREE ("CALIF") |
| 3 | RESPONDING PARTY: | CRA/LA, A DESIGNATED LOCAL |
| 4 | | AUTHORITY, SUCCESSOR TO |
| 5 | | COMMUNITY REDEVELOPMENT |
| 6 | | AGENCY FOR THE CITY OF LOS |
| 7 | | ANGELES |
| 8 | SET NUMBER: | One (1) |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE ("CALIF") requests that Defendant CITY OF LOS ANGELES (the "City") produce and make available the following documents and electronically stored information, within 30 days after service of the same.

## DEFINITIONS

For the purposes of these requests the following definitions apply:

1. "<u>Affordable rental housing</u>" means housing affordable to households with incomes at or below 80% of Area Median Income.

2. "<u>Area Median Income</u>" means the income determined by HUD to reflect the median income of a household in the Los Angeles Metropolitan Statistical Area.

3. "<u>City of Los Angeles</u>" and "<u>City</u>" mean the incorporated city of Los Angeles, California.

4. "<u>Community Redevelopment Agency for the City of Los Angeles</u>" and "<u>CRA/LA</u>" means that entity authorized under California law to conduct redevelopment activities in the City of Los Angeles, and any successor agency.

5. "<u>Redevelopment Housing Program</u>" means the inventory of

housing built or rehabilitated with funds, land, or other assistance provided by or through the CRA/LA or the City in its capacity as successor housing agency, including any projects not yet completed.

6. "<u>Nominal Defendants</u>" or "<u>Owner Defendants</u>" refer to the 61 owners of CRA/LA-funded multifamily projects who have been named as parties to this action in Plaintiffs' First Amended Complaint.

7. "<u>Complaint</u>" and "<u>Answer</u>" mean those documents as originally filed or as amended or supplemented through the progression of the case.

8. "<u>Computer</u>" includes, but is not limited to, microcomputers (also known as personal computers), laptop computers, portable computers, notebook computers, palmtop computers (also known as personal digital assistants or "PDAs"), minicomputers, and mainframe computers.

9. "<u>Computer media</u>" includes, but is not limited to, computer memories, hard disks, floppy disks, CD-ROMs, removable media such as Zip disks, Jaz cartridges, Bernoulli Boxes and their equivalent, magnetic tapes of all types, microfiche, punched cards, punched tape, computer chips, including, but not limited to, EPROM, PROM, RAM and ROM, on or in any other vehicle for digital data storage or transmittal.

10. "<u>Document</u>" is synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a), including, without limitation, electronic or computerized data compilations. The term includes the original and all non-identical copies of the following:

    a. All correspondences, memoranda, records, letters, telegrams, reports, notes, drafts, books, papers, minutes, schedules, tabulations, computations, lists, ledgers, journals, charts, plans, purchase orders, contracts, bills of lading, invoices, agreements, vouchers, accounts, checks, books of original entry, recordings, affidavits, diaries, calendars, desk pads, drawings, maps, Photostats, motion pictures, slides, photographs, videos, sketches,

**Request No. 15**: Any and all documents evidencing receipt of funds from the CRA/LA by entities named in the City's Cross-claim (Dkt. 220), ¶¶5-64.

**Request No. 16**: Any and all documents evidencing agreements to receive funds from the City of Los Angeles by entities named in the CRA/LA's Cross-claim (Dkt. 230), ¶¶5, 6, 7, 8, 10, 11, 13, 14, 15, 16, 17, 20, 21, 22, 25, 26, 27, 29, 30, 31, 32, 33, 34, 37, 38.

**Request No. 17**: A blank Americans with Disabilities (ADA) Compliance Certification referenced in the City of Los Angeles Disbursements Procedures Manual (at LAC 0007588-7589).

**Request No. 18**: Completed Project Information Forms for any development in the Redevelopment Housing Program.

**Request No. 19**: All data or information regarding any project in the Redevelopment Housing Program contained in the Integrated Disbursement Information Systems (IDIS).

**Request No. 20**: Any and all transmittal (as referenced at LAC 0008456-8477) regarding any project in the Redevelopment Housing Program.

**Request No. 21**: Any and all documents referenced in your initial disclosures and any supplemental disclosures.

**Request No. 22**: Any and all documents related to property condition analyses and post-construction reviews of any housing project listed in ¶184 of Plaintiffs' Second Amended Complaint.

**Request No. 23**: Any and all documents related to any training regarding Section 504 of the Rehabilitation Act (and/or HUD's implementing regulations at 24 C.F.R. Part 8), the Americans with Disabilities Act, and/or California Government Code §11135, in whole or part, hosted, sponsored, staffed, or instructed in whole or part by the City.

**Request No. 24**: Any and all documents that constitute, comprise, or relate to contracts or agreements with the City that set forth the scope of work for any

1  housing project listed in ¶184 of Plaintiffs' Second Amended Complaint and
2  responsibilities for compliance with Section 504 of the Rehabilitation Act
3  (and/or HUD's implementing regulations at 24 C.F.R. Part 8), the Americans
4  with Disabilities Act, and/or California Government Code §11135.
5
6  Dated: January 10, 2013

Respectfully submitted,

*/s/ Michael G. Allen*
MICHAEL G. ALLEN*
D. SCOTT CHANG #146403
JAMIE L. CROOK #245757
RELMAN, DANE & COLFAX PLLC
1225 19th St. NW, Suite 600
Washington D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

* Admitted *pro hac vice*

*/s/ Paula Pearlman/AP*
PAULA D. PEARLMAN #109038
MARIA MICHELLE UZETA #164402
UMBREEN BHATTI
RLSA #801458
DISABILITY RIGHTS LEGAL CENTER
Loyola Public Interest Law Center
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-1496
Facsimile: (213) 736-1428
Michelle.Uzeta@lls.edu

*/s/ David Geffen*
DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsmilie: (310) 434-1115
Geffenlaw@aol.com

| | |
|---|---|
| 1 | *[signature]* Dara Schur /AP |
| 2 | DARA SCHUR #98638<br>DISABILITY RIGHTS CALIFORNIA |
| 3 | 1330 Broadway, Suite 500<br>Oakland, CA 94612 |
| 4 | Telephone: (510) 267-1200<br>Facsimile: (510)267-1201 |
| 5 | Dara.Schur@disabilityrightsca.org |
| 6 | |
| 7 | *[signature]* Autumn Elliott /AP<br>AUTUMN ELLIOTT #230043 |
| 8 | KEVIN BAYLEY #218070<br>DISABILITY RIGHTS CALIFORNIA |
| 9 | 350 S. Bixel Ave., Suite 290<br>Los Angeles, CA 90010-2512 |
| 10 | Telephone: (213) 213-8000<br>Facsimile: (213) 213-8001 |
| 11 | Autumn.Elliott@disabilityrightsca.org |
| 12 | Attorneys for Plaintiffs |

- 14 -

# CERTIFICATE OF SERVICE
# CENTRAL DISTRICT OF CALIFORNIA

I hereby certify that on this 10th day of January, 2013, via first class mail and electronic mail, I served the foregoing Plaintiff Communities Actively Living Independent and Free's First Set of Requests for Production to CRA/LA, a Designated Local Authority, Successor to Community Redevelopment Agency for the City of Los Angeles, on the following counsel of record:

Mark Byrne
Jennifer Derwin
BYRNE AND NIXON
888 West 6th Street, Suite 1100
Los Angeles, California 90017
markbyrne@byrnenixon.com
jenniferderwin@byrnenixon.com

Attorneys for Defendant City of Los Angeles

Melissa T. Daugherty
Juliet A. Antoun
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012
daugherty@lbbslaw.com
jattalla@lbbslaw.com

Karen A. Feld
Lewis Brisbois Bisgaard & Smith LLP
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
kfeld@lbbslaw.com

Attorneys for Defendant Community Redevelopment Agency for the City of Los Angeles

_____
Allison Pincus