UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-551-FMO (PJWx) | Date | June 13, 2014 |
|---|---|---|---|
| Title | *Independent Living Center of Southern California, et al. v. City of Los Angeles, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Jacob Yerke | XTR 6/12/2014 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy Smyth<br>Autumn Elliot<br>Jennifer Klar | Mark Byrne<br>Jennifer Derwin<br>Komal Mehta<br>Robert Collins<br>Alice Chu<br>Leo Plotkin<br>Christopher Warne<br>Mark Austin |

**Proceedings:**     Order Re: Implementation of Predictive Coding Regimen

Case called and appearances made. The Court ordered the City of Los Angeles to use a predictive coding system for identifying the 10,000 most relevant documents in its databases and, after reviewing them for privilege, etc., producing them to Plaintiffs. The Court anticipates that the entire process can be accomplished in six weeks, i.e., by July 31, 2014.

The parties disagree as to whether the City should use the documents that have already been identified by key word searches to train the system. After hearing extensive argument, the Court accepted Plaintiffs' argument that the best practice is to not use those documents, despite the fact that by not using them the City will be required to spend more money to locate the most relevant documents.

In response to the City's request, the Court ordered that Plaintiffs and their experts be involved in the relevance screening process and the training process for the predictive coding system.

The parties are ordered to meet and confer within the next week to agree on the protocol that will be used in implementing the predictive coding system. They should start with the CRA protocol and make whatever changes are necessary.

After reviewing the 10,000 documents the City produces, Plaintiffs may seek production of additional, less relevant documents but will be required to pay 100% of the City's costs in producing them, including the attorney's fees incurred by the City to review the additional documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-551-FMO (PJWx) | Date | June 13, 2014 |
|---|---|---|---|
| Title | *Independent Living Center of Southern California, et al. v. City of Los Angeles, et al.* | | |

    The City has requested that the Court order Plaintiffs to contribute to the cost of the predictive coding system. The Court denies that request without prejudice and invites the City to renew its request at the close of the case.

cc: all counsel of record.

S:\PJW\Cases-X\Independent v. City of LA\MO Tele Conf 6-12-14.wpd

                                                                                                    : 54

Initials of Preparer      sr