1 | JOHN P. RELMAN, *pro hac vice*
  | MICHAEL G. ALLEN, *pro hac vice*
2 | JENNIFER I. KLAR, *pro hac vice*
  | D. SCOTT CHANG #146403
3 | LAURA GAZTAMBIDE-ARANDES
  | #298373
4 | RELMAN, DANE & COLFAX PLLC
  | 1225 19th St. NW, Suite 600
5 | Washington, D.C. 20036
  | Telephone: (202) 728-1888
6 | Facsimile: (202) 728-0848
  | schang@relmanlaw.com
7 |
  | MARONEL BARAJAS #242044
8 | DISABILITY RIGHTS LEGAL
  | CENTER
9 | Loyola Public Interest Law Center
  | 256 S. Occidental Blvd., Suite B
10| Los Angeles, CA 90057
  | Telephone: (213) 736-1496
11| Facsimile: (213) 736-1428
  | maronel.barajas@drlcenter.org

DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
1717 4th Street, 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsimile: (310) 434-1115
Geffenlaw@aol.com

DARA SCHUR #98638
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
Dara.Schur@disabilityrightsca.org

AUTUMN ELLIOTT #230043
SRIVIDYA S. PANCHALAM #265398
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Ave., Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
Autumn.Elliott@disabilityrightsca.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, CALIFORNIA, *et al.*,<br><br>Defendants. | Case No.: 12-CV-551 FMO (PJWx)<br><br>PLAINTIFFS' AND DEFENDANT CITY OF LOS ANGELES'S JOINT APPLICATION FOR AND STIPULATION TO ENTER JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT |

Plaintiffs Independent Living Center of Southern California, Fair Housing Council of the San Fernando Valley, and Communities Actively Living Independent and Free ("Plaintiffs") and Defendant City of Los Angeles ("the City"), by and through their respective counsel of record, file this stipulation to update the Court that the Settlement Agreement between the Plaintiffs and the City is ready for approval by the Court.

On July 6, Plaintiffs and the City filed a stipulation attaching the Settlement Agreement and indicating to the Court that the City Council had previously provided preliminary approval.  The July 6 stipulation advised the Court that the only act required before the Court's approval of the Settlement Agreement was for the Los Angeles City Council to provide final approval.  The City has now clarified that it wishes to proceed according to its customary process of securing Court approval of the Settlement Agreement, and then for the City Council to provide final signature authority thereafter.  Thus, the Plaintiffs and the City now ask that the Court immediately approve the attached Settlement Agreement.

As indicated previously, the Settlement Agreement and Release of Claims, attached as Exhibit A to the [Proposed] Judgment Pursuant to Settlement Agreement, upon which the [Proposed] Judgment Pursuant to Settlement is based, resolves all claims by Plaintiffs against the City of Los Angeles arising out of Plaintiffs' claims for relief in this case.  This Settlement Agreement, however, has no effect on Plaintiffs' claims against Defendant CRA/LA, a Designated Local Authority, Successor to Community Redevelopment Agency of the City of Los Angeles or against any other Defendant, which will continue to be litigated in this matter.

In accordance with the Settlement Agreement and Release of Claims, Plaintiffs and the City have agreed that Plaintiffs' attorneys' fees claims against the City of Los Angeles will be submitted to the Court for determination, and request that the Court reserve exclusive and continuing jurisdiction to interpret and enforce

the terms of the Settlement Agreement during the settlement term, and to resolve any disputes that may arise during the Settlement Term.

There is no just reason for delay of entry of the Judgment Pursuant to Settlement.

**SO STIPULATED.**

Dated: July 29, 2016

*Respectfully submitted,*

/s/ Michael G. Allen
JOHN P. RELMAN, *pro hac vice*
MICHAEL G. ALLEN, *pro hac vice*
JENNIFER I. KLAR, *pro hac vice*
D. SCOTT CHANG #146403
LAURA GAZTAMBIDE-ARANDES #298373
RELMAN, DANE & COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

MARONEL BARAJAS #242044
DISABILITY RIGHTS LEGAL CENTER
Loyola Public Interest Law Center
256 S. Occidental Blvd., Suite B
Los Angeles, CA 90057
Telephone: (213) 736-1496
Facsimile: (213) 736-1428
maronel.barajas@drlcenter.org

DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
1717 4th Street, 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsimile: (310) 434-1115
Geffenlaw@aol.com

DARA SCHUR #98638
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
Dara.Schur@disabilityrightsca.org

AUTUMN ELLIOTT #230043
SRIVIDYA S. PANCHALAM #265398
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Ave., Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
Autumn.Elliott@disabilityrightsca.org

*Attorneys for Plaintiffs*

- 4 -

| | |
|---|---|
| 1 | /s/ James P. Clark |
| | James P. Clark |
| 2 | Noreen Vincent |
| | Robert Moore |
| 3 | Michael Heinrichs |
| | Office of the Los Angeles City Attorney |
| 4 | City Hall East, 200 No. Main St, Suite 916 |
| | Los Angeles, CA 90012 |
| 5 | 888 West 6th Street, Suite 1100 |
| | Los Angeles, CA 90017 |
| 6 | deborah.breithaupt@lacity.org |
| | noreen.vincent@lacity.org |
| 7 | robert.p.moore@lacity.org |
| | michael.heinrichs@lacity.org |
| 8 | *Attorneys for Defendant City of Los Angeles* |

**CERTIFICATE OF SERVICE**
**CENTRAL DISTRICT OF CALIFORNIA**

I hereby certify that on this 29th day of July, 2016, I filed the foregoing Joint Application and Stipulation Between Plaintiffs and Defendant City of Los Angeles for Entry of Settlement Judgment, which shall serve as notice of such filing on all counsel of record.

/s/ Michael G. Allen
Michael G. Allen

- 4 -

*Independent Living Center of Southern California, et al v. City of Los Angeles, et al.,* Case No. CV 12-0551 SJO (PJW)
Plaintiffs' and Defendant City of Los Angeles's Joint Application for and Stipulation to Enter of Judgment Pursuant to Settlement