1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, CALIFORNIA, *et al.* <br><br> Defendants. <br> _____ | CASE NO.:  CV 12-0551  FMO (PJWx) <br><br> **JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT BY AND BETWEEN CITY OF LOS ANGELES AND PLAINTIFFS** |

1

*Independent Living Center of Southern California, et al v. City of Los Angeles, et al., Case No. CV 12-0551 SJO (PJWx)*

JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, the City of Los Angeles, a defendant in this action (the "City") and the Independent Living Center of Southern California ("ILCSC"), the Fair Housing Council of the San Fernando Valley ("FHC") and Communities Actively Living Independent and Free ("CALIF") (collectively referred to herein as "Plaintiffs") have entered into a Settlement Agreement and Release of Claims, attached as Exhibit 1, which fully resolves claims asserted by Plaintiffs against the City in this action; and

WHEREAS, the Court has jurisdiction over the subject matter of this action, the Plaintiffs, the City, and the Settlement Agreement; and

WHEREAS, upon consideration, the Court finds the Settlement Agreement to be fair, reasonable, and adequate.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.    For the purposes of this Judgment, the Court adopts the terms and definitions set forth in the Settlement Agreement, and all terms of the Settlement Agreement are incorporated herein by reference.

2.    Plaintiffs' attorneys' fees will be submitted to the Court for determination. Plaintiffs' Counsel shall submit a fee petition to the Court within forty-five (45) days of the date of the latest signature on the Settlement Agreement.

3.    This Judgment Pursuant to Settlement completely resolves this civil action between Plaintiffs and the City of Los Angeles but does not resolve this action between Plaintiffs and other defendants, including the CRA/LA, a Designated Local Authority, Successor the Community Redevelop Agency of the City of Los Angeles.

4.    In accordance with the terms of the Settlement Agreement, this Court reserves exclusive and continuing jurisdiction to interpret and enforce the terms of the Settlement Agreement during the Settlement Term, and to resolve any disputes that may arise during the Settlement Term.

2

*Independent Living Center of Southern California, et al v. City of Los Angeles, et al., Case No. CV 12-0551 SJO (PJWx)*

JUDGMENT

1

2              5.    The court determines that there is no reason to delay entry of this

3  Judgment Pursuant to Settlement Agreement By and Between the City of Los Angeles and

4  Plaintiffs.

5          **IT IS SO ORDERED and ADJUDGED**

6

7

8  Dated:  August 4, 2016         _____/s/_____

9                   The Hon. Fernando M. Olguin

10                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

*Independent Living Center of Southern California, et al v. City of Los Angeles, et al., Case No. CV 12-0551 SJO (PJWx)*

JUDGMENT