# EXHIBIT

# A

| Relman, Dane & Colfax | | | | |
|---|---|---|---|---|
| **NAME** | **YEAR OF GRADUATION** | **RATE** | **HOURS** | **TOTAL SOUGHT** |
| John Relman, Founding and Managing Partner | 1983 | $975.00 | 671.20 | $654,420.00 |
| Michael Allen, Partner | 1985 | $900.00 | 2,951.20 | $2,656,080.00 |
| Scott Chang | 1990 | $750.00 | 4,942.60 | $3,706,950.00 |
| Tom Keary | 1973 | $750.00 | 307.30 | $230,475.00 |
| Jennifer Klar, Partner | 2002 | $675.00 | 1,490.70 | $1,006,222.50 |
| Jia Cobb | 2005 | $625.00 | 212.60 | $132,875.00 |
| Liyah Brown | 2004 | $625.00 | 213.60 | $133,500.00 |
| Sasha Samberg-Champion | 2004 | $625.00 | 418.60 | $261,625.00 |
| Jamie Crook | 2006 | $600.00 | 190.70 | $114,420.00 |
| Emilie Burnette | 2007 | $575.00 | 237.70 | $136,677.50 |
| Tim Smyth | 2007 | $575.00 | 853.00 | $490,475.00 |
| Jean Zachariasiewicz | 2010 | $500.00 | 503.00 | $251,500.00 |
| Laura Arandes | 2011 | $500.00 | 1,448.20 | $724,100.00 |
| Margaret Burgess | 2015 | $320.00 | 120.30 | $38,496.00 |
| Outside Contract Attorneys | n/a | $320.00 | 1,335.30 | $427,296.00 |
| Law Clerks | n/a | $250.00 | 209.30 | $52,325.00 |
| All Paralegals | n/a | $230.00 | 10,100.00 | $2,323,000.00 |
| TOTALS | | | 26,205.30 | $13,340,437.00 |
| 10% across the board cut | | | | $12,006,393.30 |
| * 1.2 multiplier | | | | $14,407,671.96 |

| Disability Rights California | | | | |
|---|---|---|---|---|
| **NAME** | **YEAR OF GRADUATION** | **RATE** | **HOURS** | **TOTAL SOUGHT** |
| Dara Schur | 1979 | $900.00 | 1,723.50 | $1,551,150.00 |
| Autumn Elliott | 2003 | $645.00 | 1,954.40 | $1,260,588.00 |
| Panchalam Srividya | 2009 | $540.00 | 1,239.00 | $669,060.00 |
| Richard Diaz | 2012 | $475.00 | 49.00 | $23,275.00 |
| Outside Contract Attorneys | n/a | $320.00 | 124.10 | $39,712.00 |
| Law Clerks | n/a | $245.00 | 81.80 | $20,041.00 |
| Paralegal Time | n/a | $215.00 | 1,345.80 | $289,347.00 |
| TOTALS | | | 6,517.60 | $3,853,173.00 |
| 10% across the board cut | | | | $3,467,855.70 |
| * 1.2 multiplier | | | | $4,161,426.84 |

| Disability Rights Legal Center | | | | |
|---|---|---|---|---|
| **NAME** | **YEAR OF GRADUATION** | **RATE** | **HOURS** | **TOTAL SOUGHT** |
| Paula D. Pearlman | 1982 | $855.00 | 26.10 | $22,315.50 |
| Michelle Uzeta | 1992 | $750.00 | 234.70 | $176,025.00 |
| Maronel Barajas | 2003 | $650.00 | 125.80 | $81,770.00 |
| Umbreen Bhatti | 2005 | $600.00 | 20.00 | $12,000.00 |
| Rebecca Craemer | 2006 | $575.00 | 11.60 | $6,670.00 |
| Law Clerks | N/A | $230.00 | 600.80 | $138,184.00 |
| Legal Assistant | N/A | $250.00 | 114.10 | $28,525.00 |
| TOTALS | | | 1,133.10 | $465,489.50 |
| 10% across the board cut | | | | $418,940.55 |
| * 1.2 multiplier | | | | $502,728.66 |

| David Geffen Law Center | | | | |
|---|---|---|---|---|
| **NAME** | **YEAR OF GRADUATION** | **RATE** | **HOURS** | **TOTAL SOUGHT** |
| David Geffen | 1986 | $800.00 | 440.65 | $352,520.00 |
| Abdel Nassar | 2008 | $550.00 | 14.10 | $7,755.00 |
| Law Clerk/Paralegals | n/a | $210.00 | 25.00 | $5,250.00 |
| TOTALS | | | 479.75 | $365,525.00 |
| 3% across the board cut | | | | $354,559.00 |
| * 1.2 multiplier | | | | $425,470.80 |

| | |
|---|---|
| **TOTAL FOR ALL PLAINTIFFS' COUNSEL** | **$19,497,298.26** |