1  MICHAEL G. ALLEN, *pro hac vice*
   JOHN P. RELMAN, *pro hac vice*
2  JENNIFER I. KLAR, *pro hac vice*
   D. SCOTT CHANG #146403
3  LAURA GAZTAMBIDE-ARANDES
   #298373
4  RELMAN, DANE & COLFAX PLLC
   1225 19th St. NW, Suite 600
5  Washington, D.C. 20036
   Telephone: (202) 728-1888
6  Facsimile: (202) 728-0848
   schang@relmanlaw.com
7
   MARONEL BARAJAS #242044
8  DISABILITY RIGHTS LEGAL
   CENTER
9  350 South Grand Ave., Suite 1520
   Los Angeles, CA 90071
10 Telephone: (213) 736-1496
   Facsimile: (213) 736-1428
11 maronel.barajas@drlcenter.org

DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
1717 4th Street, 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsimile: (310) 434-1115
Geffenlaw@aol.com

DARA SCHUR #98638
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
Dara.Schur@disabilityrightsca.org

AUTUMN ELLIOTT #230043
SRIVIDYA S. PANCHALAM #265398
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Ave., Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Facsimile: (213) 213-8001
Autumn.Elliott@disabilityrightsca.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, CALIFORNIA, *et al.*, <br><br> Defendants. | Case No.: 12-CV-551 FMO (PJWx) <br><br> NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Plaintiffs have reached a settlement with the City of Los Angeles with respect to their Motion for Attorneys' Fees, filed on October 7, 2016, and accordingly withdraw that motion without prejudice to seeking leave to refile same should the terms of the fee settlement not be met.

Dated: November 16, 2016

Respectfully submitted,

/s/ Michael G. Allen
MICHAEL G. ALLEN, *pro hac vice*
JOHN P. RELMAN, *pro hac vice*
JENNIFER I. KLAR, *pro hac vice*
D. SCOTT CHANG #146403
LAURA GAZTAMBIDE-ARANDES #298373
RELMAN, DANE & COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

MARONEL BARAJAS #242044
DISABILITY RIGHTS LEGAL CENTER
350 South Grand Ave., Suite 1520
Los Angeles, CA 90071
Telephone: (213) 736-1496
Facsimile: (213) 736-1428
maronel.barajas@drlcenter.org

DAVID GEFFEN #129342
DAVID GEFFEN LAW FIRM
1717 4th Street, 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 434-1111
Facsimile: (310) 434-1115
Geffenlaw@aol.com

DARA SCHUR #98638
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201
Dara.Schur@disabilityrightsca.org

| | |
|---|---|
| 1 | AUTUMN ELLIOTT #230043 |
| | SRIVIDYA S. PANCHALAM #265398 |
| 2 | DISABILITY RIGHTS CALIFORNIA |
| | 350 S. Bixel Ave., Suite 290 |
| 3 | Los Angeles, CA 90017 |
| | Telephone: (213) 213-8000 |
| 4 | Facsimile: (213) 213-8001 |
| | Autumn.Elliott@disabilityrightsca.org |
| 5 | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**
**CENTRAL DISTRICT OF CALIFORNIA**

I hereby certify that on this 16th day of November 2016, I filed the foregoing Notice of Withdrawal of Plaintiffs' Motion for Attorneys' Fees, which shall serve as notice of such filing on all counsel of record.

/s/ Michael G. Allen
Michael G. Allen

*Independent Living Center of Southern California, et al. v. City of Los Angeles, et al., Case No. 12-CV-551 FMO (PJWx)*
Memo. in Support of Pls.' Mot. for Attorneys' Fees