1
2
3
4
5
6

**UNITED STATES DISTRICT COURT FOR THE**

7
**CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)**

8
9
10

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, *et al.* | ) Case No.: 12-CV-00551 FMO (PJWx) |
| | ) |
| Plaintiffs, | ) **AMENDED JUDGMENT PURSUANT** |
| | ) **TO CORRECTED SETTLEMENT** |
| vs. | ) **AGREEMENT BY AND BETWEEN** |
| | ) **CITY OF LOS ANGELES AND** |
| | ) **PLAINTIFFS** |
| CITY OF LOS ANGELES, CALIFORNIA, and COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

20
21     WHEREAS, the City of Los Angeles, a defendant in this action (the

22 "City") and the Independent Living Center of Southern California ("ILCSC"), the

23 Fair Housing Council of the San Fernando Valley ("FHC") and Communities

24 Actively Living Independent and Free ("CALIF") (collectively referred to herein as

25 "Plaintiffs") have entered into a Corrected Settlement Agreement; and

26     WHEREAS, the Court has jurisdiction over the subject matter of this

27 action, the Plaintiffs, the City, and the Corrected Settlement Agreement; and

28

WHEREAS, upon consideration, the Court finds the Corrected Settlement Agreement to be fair, reasonable, and adequate.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. For the purposes of this Judgment, the Court adopts the terms and definitions set forth in the Corrected Settlement Agreement, and all terms of the Corrected Settlement Agreement are incorporated herein by reference.

2. This Corrected Judgment Pursuant to Settlement completely resolves this civil action between Plaintiffs and the City of Los Angeles but does not resolve this action between Plaintiffs and other defendants, including the CRA/LA, a Designated Local Authority, Successor to Community Redevelopment Agency of the City of Los Angeles.

3. In accordance with the terms of the Corrected Settlement Agreement, this Court reserves exclusive and continuing jurisdiction to interpret and enforce the terms of the Corrected Settlement Agreement during the Settlement Term, and to resolve any disputes that may arise during the Settlement Term.

4. The court determines that there is no reason to delay entry of this Judgment Pursuant to the Corrected Settlement Agreement By and Between the City of Los Angeles and Plaintiffs.


**IT IS SO ORDERED and ADJUDGED.**


Dated: December 13, 2017          _____/s/_____

Hon. Fernando M. Olguin
UNITED STATES DISTRICT JUDGE

1