1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, *et al*, <br><br>       Plaintiffs, <br><br>   vs. <br><br> CITY OF LOS ANGELES, CALIFORNIA, *et al.* <br><br>       Defendants | Case No.: 12-cv-00551 FMO (PJWx) <br><br> **SECOND AMENDED JUDGMENT PURSUANT TO AMENDED CORRECTED SETTLEMENT AGREEMENT BY AND BETWEEN CITY OF LOS ANGELES AND PLAINTIFFS** |

WHEREAS, on or about December 6, 2017, the City of Los Angeles, a defendant in this action (the "City") and the Independent Living Center of Southern California ("ILCSC"), the Fair Housing Council of the San Fernando Valley ("FHC") and Communities Actively Living Independent and Free ("CALIF") (collectively referred to herein as "Plaintiffs") entered into a Corrected Settlement Agreement ("CSA"), ECF No. 608-1; and

WHEREAS, on December 13, 2017, the Court entered the Amended Judgment Pursuant to Corrected Settlement Agreement, adopting the CSA, ECF No. 608;

WHEREAS, on December 12, 2019, the Court held a hearing to address, among other things, a Motion to Enforce brought by Plaintiffs ILCSC and CALIF (the "Moving Plaintiffs") and, on December 19, 2019, issued an Order Re: Further Proceedings instructing the parties to meet and confer on a number of issues relating to implementation of the CSA including consideration of an amended agreement, ECF No. 663 at 1-2;

WHEREAS, the Moving Plaintiffs and the City have prepared and the Court Monitor has approved the attached Amended Corrected Settlement Agreement ("Amended CSA") incorporating changes agreed to by the Moving Plaintiffs and the City in response to the Monitor's decisions resolving disputes and efforts to facilitate implementation of the CSA;

WHEREAS FHC has not joined Moving Plaintiffs and the City in moving for entry of the Amended CSA, and FHC has had the opportunity to express its reservations about entry of the Amended CSA through motions practice;

WHEREAS, the Court has jurisdiction over the subject matter of this action, the Plaintiffs, the City, and the Amended CSA; and

*Independent Living Center of Southern California, et al. v. City of Los Angeles, et al. Case 2:12-cv-00551-PJWx*
SECOND AMENDED JUDGMENT PURSUANT TO AMENDED CORRECTED SETTLEMENT
AGREEMENT BY AND BETWEEN CITY OF LOS ANGELES AND PLAINTIFFS

1    WHEREAS, upon consideration, the Court finds the Amended CSA

2    to be fair, reasonable, and adequate.

3    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED

4    AND DECREED AS FOLLOWS:

5    1.    For the purposes of this Judgment, the Court adopts the terms

6    and definitions set forth in the Amended CSA, Attached as Exhibit 1 to this

7    Judgment, and all terms of the Amended CSA are incorporated herein by

8    reference.

9    2.    This Second Amended Judgment Pursuant to Amended

10   Corrected Settlement Agreement completely resolves all claims by Plaintiffs

11   against the City of Los Angeles in this action but has no effect on Plaintiffs' claims

12   against Defendant CRA/LA, a Designated Local Authority, Successor to

13   Community Redevelopment Agency of the City of Los Angeles or against any

14   other defendant.

15   3.    In accordance with the terms of the Amended CSA, this Court

16   reserves exclusive and continuing jurisdiction to interpret and enforce the terms of

17   the Amended CSA during the Settlement Term, and to resolve any disputes that

18   may arise during the Settlement Term.

19   4.    The Court determines that there is no reason to delay entry of

20   this Second Amended Judgment Pursuant to Amended Corrected Settlement

21   Agreement By and Between the City of Los Angeles and Plaintiffs.

22   IT IS SO ORDERED.

23

24

25   Date: November 2, 2022
     _____          _____
                                  /s/

26                                Hon. Fernando M. Olguin
                                  UNITED STATES DISTRICT JUDGE

27

28

*Independent Living Center of Southern California, et al. v. City of Los Angeles, et al. Case 2:12-cv-00551-PJWx*
SECOND AMENDED JUDGMENT PURSUANT TO AMENDED CORRECTED SETTLEMENT
AGREEMENT BY AND BETWEEN CITY OF LOS ANGELES AND PLAINTIFFS