UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, CALIFORNIA, *et al.* <br><br> Defendants | Case No.: 12-cv-00551 FMO (PJWx) <br><br> **MONITOR'S NINTH SEMI-ANNUAL REPORT RE: CRA/LA FOR REPORTING PERIOD OF JULY 1, 2022 THROUGH DECEMBER 31, 2022** |

## I. INTRODUCTION

This is the ninth Monitor's Report on the implementation of the Settlement Agreement by and Between CRA/LA, a Designated Local Authority, Successor Agency to the Community Redevelopment Agency of the City of Los Angeles, and Plaintiffs ("Settlement") adopted in this Court's Judgment entered September 7, 2017, ECF Nos. 596, 596-1 ("Judgment"). The Monitor is pleased to report that construction is anticipated to begin next month on the first project covered by the Settlement.

The Settlement includes two exhibits – Exhibits A and B – identifying the developments in which CRA must make the 250 accessible units available. Exs. A & B to Judgment at 10-12, ECF No. 596-1. Of these, CRA intends to provide a total of 183 accessible units by retrofitting units in Exhibit B developments. To address the remaining 67 units, CRA is investigating retrofitting some of the Exhibit A developments. As described below, CRA has made progress in planning and pre-construction phases of activity, particularly with respect to newer Exhibit B developments, and is preparing to commence construction next month.

## II. ASSESSMENT OF PROGRESS, PROBLEMS, AND MONITOR RECOMMENDATIONS

We discuss the Judgment's procedural requirements in Section A, and then substantive requirements in Section B.

### A. Procedural Requirements

#### 1. Reporting

The Monitor finds that CRA's Report #9 on Residential Accessibility Retrofit Program, July 1, 2022 through December 31, 2023 (dated March 23, 2023) ("Report #9"), attached hereto, is adequate to assess compliance. Appx. at 1.

1

*Independent Living Center of Southern California, et al. v. City of Los Angeles, et al. Case 12-cv-00551-FMO (PJWx)*
**Monitor's Semi-Annual Report Re: CRA/LA for Reporting Period of July 1, 2022 through December 31, 2022**

## 2. Record Keeping and Data

CRA continues to maintain adequate records. CRA's managing architect, Carde Ten Architects, maintains a file server containing its architectural surveys of the Exhibit B developments, and the general contractor is using the Procore Construction Management Platform to track the process of construction.

## 3. Expenditure of Funds

CRA has not expended many funds through the end of the reporting period – July through December 2022 – because of the delay in commencement of retrofitting. *See* Report #9 at 7 (Tables 1 & 2), Appx. at 7. However, CRA anticipates that its expenditures will increase significantly during the current and future reporting periods as construction and relocation activities get underway. For example, the construction budget for Buckingham Place is approximately $1,050,000. These expenditures should be reflected in CRA's Court Monitor Report #10 for the reporting period ending June 30, 2023.

The California Department of Finance continues to approve CRA's payment schedule extending beyond the original term of the Settlement and CRA/LA anticipates that funding for the program will be adequate to satisfy the obligations set forth in the Settlement Agreement. *See* Report #9 at 3, Appx. at 3.

## 4. The Parties' Collaboration

CRA continues to be highly collaborative with Plaintiffs and the Monitor, and CRA's Managing Architect collaborates with Plaintiffs' and the Monitor's expert architects. As noted previously, CRA has leveraged its relationship with the covered developments to encourage owners and property managers to comply with training, relocation, and other requirements protective of tenants and applicants that the Los Angeles Accessible Housing Program ("AcHP") implements. In the prior report, the Monitor encouraged coordination between CRA and the City. Toward that end, a meeting

2

*Independent Living Center of Southern California, et al. v. City of Los Angeles, et al. Case 12-cv-00551-FMO (PJWx)*
**Monitor's Semi-Annual Report Re: CRA/LA for Reporting Period of July 1, 2022 through December 31, 2022**

was held among CRA, the City, Plaintiffs, and the Monitor to address the relocation plan for the first development slated for construction.

### 5. Settlement Term

CRA will need additional time to meet its obligations under the Settlement Agreement and the Retrofit Program will continue through 2025 at a minimum. *See* Report #9 at 3, Appx. at 3.

### 6. Cost of Monitoring

The cost of the Monitor, $135,051 through December 31, 2022, has not yet exceeded the original budgeted amount of $160,000. *See* Report #9 at 7 (Table 2), Appx. at 7; Ex. A to Judgment, IV.1(e), ECF No. 596. The Monitor will discuss a replacement budget with CRA. Plaintiffs' counsel will also work with CRA on monitoring fees in light of the extended settlement term.

## B. Substantive Requirements

### 1. Exhibit B Developments

CRA has identified five developments that constitute Phase 1 of its retrofit project. *See* Report #9 at 4 (Table 1), Appx. at 4. These developments originally had 75 accessible units; however, CRA increased the number of accessible units in Phase 1 by 19 through voluntary agreement of development owners for a total of 94 projected accessible units in this phase. *See id.* Adding this to the accessible units identified in later-phase projects, CRA is projected to have 183 such units in Exhibit B developments. Because the Target Number of Accessible units required by the Settlement Agreement is 250, CRA will be required to identify and retrofit 67 additional units, either through additional voluntary units in Exhibit B developments or through retrofitting units among Exhibit A developments.

The Monitor approves of the strategy of increasing the number of Exhibit B accessible units as it has the virtue of increasing the number of units in newer developments with longer periods of affordability.

Following a 2019 Request for Qualifications and September 6, 2022 Request for Proposals, CRA selected Walton Construction, Inc. ("Walton") as the general contractor for the five Phase 1 projects. Report #9 at 2, Appx. at 2. Building permits for these projects were secured during the first week of March 2023, and construction on the first three of these projects will commence as follows: Buckingham Place Senior Housing - April 10, 2023; Vermont Senior Housing – May 5, 2023; and Imani Fe East and West – July 18, 2023. *Id.* at 4, 8, Appx. at 4, 8.

### 2. Exhibit A Developments Identified Feasibility of Retrofitting

CRA's Managing Architect has identified 12 Exhibit A developments as feasible for retrofitting to produce the remaining 67 accessible units required by the Judgment. CRA plans to reach out to these 12 developments after construction commences on the Phase 1 projects. *See* Report #9 at 5, Appx. at 5. The Monitor requests that CRA provide preliminary information about this as soon as possible – and on a rolling basis – in order for the parties and Monitor to understand remaining options.

### 3. Inspections and Surveys

All 22 Exhibit B housing developments have been inspected and surveyed. CRA plans to have Carde Ten Architects conduct final inspections and issue certificates of inspection with accessibility standards as retrofitting is completed. CRA, however, should consider reaching out to the 12 Exhibit A developments identified as candidates for retrofitting in light of the persistence of delays.

The Monitor's Expert Architect will then conduct a due diligence sample survey of compliance with accessibility standards.

### 4. Identifying Accessible Units Occupied by Persons Who Do Not Need Accessible Features

CRA had previously reported that it surveyed tenants of the Phase 1 Projects to determine if they needed mobility or hearing/vision accessible units. At the request of the Plaintiffs,

4

>CRA/LA is embarking on another round of surveys. Survey findings will be available before CRA/LA's general contractor pulls building permits and will be used to determine if changes to the units designated for retrofitting are needed and/or if additional units should be retrofitted.

CRA's Report #8 on Residential Accessibility Retrofit Program, January 1, 2022 to June 30, 2022 at 2-3, ECF No. 711-1. Following review of this report, counsel for Plaintiffs ILCSC and CALIF requested to know the response rates on the survey, to know whether alternative formats or reasonable accommodations were provided to tenants, and to view the results. The Parties and the Monitor will discuss how best to convey required and relevant information.

Plaintiffs urge CRA to timely coordinate with the City's AcHP program about scheduling of the retrofits and regarding surveys and relocation of tenants, as AcHP has to address related policy implementation issues, including providing information about the anticipated and actual scheduling and completion of retrofits, the affected units, vacancies in affected units, and detailed information about the timing of any temporary relocation and concerns of tenants being temporarily relocated.

Retrofitting at the fourth and fifth projects will start in September and December, respectively; CRA will survey tenants closer to the construction start date due to tenant turnover.

CRA will make determinations of which accessible units are occupied by persons not needing accessibility features "after retrofit work is completed." Report #9 at 6, Appx. at 6. However, as the Monitor has stressed in previous reports, CRA should make that determination prior to the commencement of retrofitting so that the need for temporary relocation housing with accessibility features can be timely identified. *See, e.g.*, Monitor's Semi-Annual Report Re: CRA/LA for Reporting Period of January 1, 2021 through July 31, 2021 at 5-6, ECF No. 695.

5

*Independent Living Center of Southern California, et al. v. City of Los Angeles, et al. Case 12-cv-00551-FMO (PJWx)*
**Monitor's Semi-Annual Report Re: CRA/LA for Reporting Period of July 1, 2022 through December 31, 2022**

### 5. Temporary Relocation Policies

CRA's relocation consultants, Overland, Pacific & Cutler ("OPC"), drafted a relocation plan for Buckingham Place Senior Housing, the first Phase 1 project slated for construction. *See* Appx. at 9. The Monitor and Counsel for Plaintiffs reviewed the plan and provided feedback. OPC will meet with individual tenants to formulate individual relocation plans. Report #9 at 8, Appx. at 8. The Monitor and Counsel for Plaintiffs look forward to receiving and discussing CRA's response to that feedback.

CRA anticipates completing relocation plans for all Phase 1 projects during the current reporting period (through June 30, 2023). *Id.*

## III. CONCLUSION

CRA is preparing to commence relocation and retrofit. The Monitor looks forward to learning, in CRA's next report, how these first few steps have gone.

Dated: March 31, 2023                Respectfully submitted,


/s/ Timothy P Fox
TIMOTHY P. FOX
*Court Monitor*

6

*Independent Living Center of Southern California, et al. v. City of Los Angeles, et al. Case 12-cv-00551-FMO (PJWx)*
**Monitor's Semi-Annual Report Re: CRA/LA for Reporting Period of July 1, 2022 through December 31, 2022**