TIMOTHY P. FOX
1550 Wewatta St.
Suite 200
Denver, CO 80202
Telephone: 303-951-4164
Facsimile: 303-951-4589
tfox@foxrob.com

*Court Monitor*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, *et al*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, CALIFORNIA, *et al.*<br><br>　　　　Defendants. | Case No.: 12-cv-00551 FMO (PJWx)<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MONITOR'S REPORT** |

  Court Monitor Timothy P. Fox ("Monitor") hereby requests an approximately two-month extension of the deadline by which the Monitor's Semi-Annual Report for Reporting Period May 1, 2025 through October 31, 2025, currently due on November 21, 2025, shall be submitted to the Court.

*Independent Living Center of Southern California, et al. v. City of Los Angeles, et al. Case 2:12-cv-00551-FMO-PJWx*

The Monitor conferred with counsel for each of the Parties, who stated that their respective clients do not oppose this motion.

Per this Court's Order Granting Joint Stipulation [726] to Change Reporting Periods and Deadlines for the Monitor's Semi-Annual Reports, Dkt. No. 727, the Monitor is to prepare a written report covering the time period from May 1 through October 31, 2025, to be filed with the Court by November 21, 2025. The Monitor respectfully requests that this deadline be extended to January 30, 2026. The Monitor does not believe that this extension will have a negative impact on the Court's understanding of the current status of the case, particularly as the status of the most important current issues was set forth in the Monitor's Findings, Recommendations, and Orders Regarding Extension of the Amended Corrected Settlement Agreement, Jul. 29, 2025, Dkt. No. 799; and will also be discussed in the Monitor's status conference statement for the status conference currently set for December 4, 2025.

Dated: November 14, 2025

Respectfully submitted,

*/s/ Timothy P. Fox*
TIMOTHY P. FOX
*Court Monitor*

2

Independent Living Center of Southern California, et al. v. City of Los Angeles, et al. Case 2:12-cv-00551-PJWx