UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, *et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, CALIFORNIA, *et al.*<br><br>    Defendants | ) Case No.: CV 12-00551 FMO (PJWx)<br>)<br>) **ORDER GRANTING UNOPPOSED**<br>) **MOTION [815] TO EXTEND**<br>) **DEADLINE TO FILE MONITOR'S**<br>) **REPORT**<br>)<br>)<br>) |

Having considered the Unopposed Motion to Extend the Deadline to File Monitor's Report filed by Court Monitor Timothy P. Fox ("Monitor"), and good cause appearing therefor, it is hereby ordered that the Monitor's next report shall be filed no later than January 30, 2026.

IT IS SO ORDERED.

Dated: November 17, 2025        /s/ Fernando M. Olguin
                                                                    U.S. DISTRICT JUDGE